IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, INC.<br>1701 K Street, NW, Suite 900,<br>Washington, DC 20006<br>　　　　　　　　Plaintiff,<br>v.<br><br>UNITED STATES AGENCY FOR<br>INTERNATIONAL DEVELOPMENT<br>Ronald Reagan Building<br>Washington, D.C. 20523-0016<br><br>-and-<br><br>ANDREW S. NATSIOS, in his<br>Official Capacity as ADMINISTRATOR,<br>U.S. AGENCY FOR INTERNATIONAL<br>DEVELOPMENT.<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for DKT International, Inc. certify that to the best of my knowledge and belief, DKT International, Inc. has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　Attorneys of Record

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Julie M. Carpenter
　　　　　　　　　　　　　　　D.C. Bar No. 418768
　　　　　　　　　　　　　　　Martina E. Vandenberg
　　　　　　　　　　　　　　　D.C. Bar No. 476685
　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　601 13th Street, N.W.
　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　(202) 639-6000