IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, INC.<br>1701 K Street, NW, Suite 900,<br>Washington, DC 20006<br>           Plaintiff,<br><br>v.<br><br>UNITED STATES AGENCY FOR<br>INTERNATIONAL DEVELOPMENT<br>  Ronald Reagan Building<br>  Washington, D.C. 20523-0016<br><br>-and-<br><br>ANDREW S. NATSIOS, in his<br>Official Capacity as ADMINISTRATOR,<br>U.S. AGENCY FOR INTERNATIONAL<br>DEVELOPMENT.<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR PRELIMINARY INJUNCTION

Plaintiff DKT International, by its attorneys, respectfully moves this Court to enter a preliminary injunction against the Defendants, pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule LCvR 65.1. In support of its motion, DKT states as follows:

1. DKT International has long been eligible for, and has received USAID funding to carry out family-planning and HIV/AIDS prevention work overseas.

2. By statute, 22 U.S.C. § 7631(f), and by recently imposed regulations published as AAPD 05-04, USAID now requires U.S. organizations who are grantees and subgrantees to certify that they have a policy "explicitly opposing prostitution."

1

3. DKT has been informed by both USAID and one of its grantees that if DKT does not certify that it has adopted the required government policy, it will no longer be eligible for USAID funds to conduct its HIV/AIDS programming.

4. When DKT refused to sign the certification, USAID and its direct grantee—both of whom had already agreed to provide $60,000 for a proposal to provide lubricant with condoms used to prevent HIV/AIDS—cancelled their agreement to provide the funds.

5. DKT is highly likely to succeed on its claim that the USAID policy and statute violate its First Amendment rights.

6. DKT has suffered irreparable injury by being penalized for its exercise of First Amendment rights.

7. A preliminary injunction will not harm other parties.

8. A preliminary injunction is in the public interest.

9. In accordance with LCvR 7(m), counsel for plaintiff consulted with the U.S. Attorneys Office for the District of Columbia to determine. The result of that phone call is that the motion is opposed.

In support of this motion, DKT International submits the accompanying memorandum of law along with the attached exhibits.

WHEREFORE, DKT International respectfully requests that this Court enter a preliminary injunction. A proposed order is attached.

Dated: August 11, 2005                    Respectfully submitted,

*[signature: Julie M. Carpenter]*
Julie M. Carpenter
D.C. Bar No. 418768
Martina E. Vandenberg
D.C. Bar No. 476685
JENNER & BLOCK, LLC
601 13th Street, N.W.
Washington, DC 20005
(202) 639-6000

*Attorneys for Plaintiff DKT International*

OF COUNSEL
David S. Udell*
Rebekah Diller*
Laura K. Abel*
Brennan Center for Justice at NYU School of Law
161 Ave. of the Americas
12th Floor
New York, NY 10013

* Not admitted in the District of Columbia

## CERTIFICATE OF SERVICE

The undersigned certifies that on the __11__ day of August 2005, a true and correct copy of the foregoing document was delivered via hand delivery to:

Daniel Van Horn
Office of the United States Attorney, Civil Division
501 3rd Street, NW
Washington, DC 20001

and by certified mail to:

Andrew S. Natsios
Administrator
U.S. Agency for International Development
1300 Pennsylvania Ave, NW
Room 6.09
Washington, DC 20523

John S. Gardner
Office of General Counsel
U.S. Agency for International Development
1300 Pennsylvania Ave, NW
Room 6.06
Washington, DC 20523

The Hon. Alberto R. Gonzales
Attorney General of the United States
Department of Justice
Room 4400
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

_____
Julie M. Carpenter