## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Case No. |
| | ) |
| | ) |
| UNITED STATES AGENCY FOR | ) |
| INTERNATIONAL DEVELOPMENT, *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## DECLARATION OF LAWRENCE C. HOLZMAN

I, Lawrence C. Holzman, under penalty of perjury, hereby declare:

1.     I make this declaration of my own personal knowledge; if called as a witness, I would testify to the contents thereof.

2.     I make this declaration in support of Plaintiff's Motion for a Preliminary Injunction in this action.

3.     I am the country representative in Vietnam for DKT International.  I have served in this position for four years.  Prior to joining DKT International in 2001, I was employed by CARE International for over thirty years in fifteen countries overseas.

4.     DKT International has operated in Vietnam since 1993, distributing condoms in all sixty-four of Vietnam's provinces.  During that time, it has distributed more than four hundred million condoms throughout Vietnam using social marketing techniques.

5.    DKT 's budget for fiscal year 2004 in Vietnam was U.S. $3,611,265. DKT International had a worldwide budget of U.S. $43,194,440 for fiscal year 2004.

6.    USAID funds represent approximately 13 percent of DKT's funding in Vietnam.

7.    Since 1998, DKT has run a program called the "100% Condom Access" project with USAID funding. Another private organization, Family Health International, provides DKT with the USAID funds by agreement with USAID. The most recent grant under this program was awarded in July 2003. That grant expired on June 30, 2005.

8.    Because approximately U.S. $57,000 remained unspent in the grant, DKT requested a "no-cost extension" to permit the organization to spend the funds for an additional two months.

9.    On June 27, 2005, the FHI office sent me the documents to sign the no-cost extension, which had been approved by USAID and signed by the FHI country director. (Exh. A). After signing my name to the amendment to the subagreement, I realized that FHI had included a certification among the papers that I was required to sign. The certification stated that DKT had an organization-wide policy opposing prostitution. (Exh. B)

10.    Upon realizing that I was required to certify that DKT had adopted a policy explicitly opposing prostitution, I immediately voided my signature on the amendment to the subagreement, and sought a waiver of the certification requirement. (Exh. C).

11.    Within a few days, FHI responded to my request for a waiver with an email stating, "FHI will not be able to execute the no-cost extension unless DKT is able to sign the anti-prostitution statement. Furthermore, we would not be able to support DKT for any activities with USAID funds if this is not signed." (Exh. D).

12.    Several days later, FHI advised DKT that it had misinterpreted the USAID policy, and that FHI would be allowed to authorize the no-cost extension since those funds originated before the USAID guidance.  (Exh. E).

13.    In August 2004, DKT prepared a proposal to FHI and USAID seeking funding for a project to market and distribute lubricant for use with condoms.  This proposal was part of the HIV/AIDS work of DKT because condoms are more effective if used with lubricant to reduce the chances of breakage, and to help avoid internal scratching and bleeding.  The total budget for the program was $80,000.

14.    On June 27, 2005, I received an email message from an FHI representative stating that FHI had received permission from USAID to fund the lubricant proposal.  (Exh. F).  On June 28, 2005, the FHI representative informed me in person that the project would be funded with $60,000 in USAID funds.  I agreed to cut the budget to $60,000 by shrinking the size of the project.

15.    However, FHI cancelled the grant for lubricant distribution after I refused to sign the certification.  FHI's earlier position that DKT could no longer have access to USAID funds in the absence of the certification remained unchanged.  Consequently, on July 28, 2005, FHI confirmed that because DKT would not certify that it had a policy in place opposing prostitution, FHI would not be able to go forward with the lubricant proposal, or with any other project involving USAID funding.  (Exh. G)

16.    On July 13, 2005, Dan Levitt of USAID told me personally during a phone call that DKT would be ineligible for USAID funding unless we signed the FHI certification.  He also directed me to deal directly with FHI on this matter.

17.     DKT's refusal to comply with the USAID-required certification precludes DKT from receiving the lubricant grant, and all potential USAID grants in the future.

18.     As an organization, DKT International has no policy either opposing or supporting prostitution.  DKT objects to, and will not adopt a policy "opposing prostitution." Importantly, the policy USAID requires DKT to adopt would apply to DKT as an organization, and not just to projects funded with USAID funds.  Thus, the policy would significantly restrict *all* DKT speech and activities, including those funded by the British government, the German government, and private donors.

19.     Signing the certification as USAID has demanded would jeopardize funding that we receive from our other government and private donors.  It would place our current non-U.S. government funding and any future grants at risk.  The success of all our programs depends on our ability to interact with men and women in the sex industry, to teach them and convince them to practice safe sex.  Our non-USAID donors, who fund the vast majority of our work in Vietnam, expect us to work closely with sex workers in our effort to prevent HIV/AIDS.  Adopting the U.S. policy would severely curtail our ability to fulfill those expectations, placing our private grants at risk.

20.     As a matter of carrying out its family-planning and HIV/AIDS work, DKT believes a policy explicitly opposing prostitution will likely result in stigmatizing and alienating many of the people most vulnerable to HIV/AIDS—the sex workers—and may result in limiting access to that vulnerable group we are trying to reach in our field work in Vietnam.

21.     Women and men working in the commercial sex sector suffer stigmatization and abuse in Vietnam and around the world.  Sex workers in Vietnam, who currently suffer from an HIV infection rate of 5.2 percent, face a threat of forced rehabilitation

by the state, as well as significant other social, economic, and medical obstacles. Effective

behavioral change in this population is essential in preventing the spread of HIV/AIDS in

Vietnam.

     22.   The U.S. government-mandated policy would preclude DKT from

speaking, even when speech on the issue of prostitution and what to do about it is funded by

*private sources*. In order to comply with the policy, DKT would be forced to police all of its

staff serving in all eleven of its country operations around the world, as well as censor its

employees, website, and training materials.

     23.   DKT International refuses to surrender its First Amendment right to

speak freely and to engage in public debate on significant and controversial issues of public

importance, including discussion on what might be the most effective techniques and approaches

to combat the spread of HIV and AIDS.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and
correct to the best of my knowledge.

DATED this _8th_ day of August, 2005

Lawrence C. Holzman

# EXHIBIT A

Date Submitted: June 20th, 2005

FCO Number: 85107

Amendment #: **1**

# IMPLEMENTING AIDS PREVENTION AND CARE PROJECT (IMPACT)

### Amendment between
### Family Health International (FHI)
### and
### DKT International
### Hanoi, Viet Nam

#### Cooperative Agreement #IMPACT HRN-A-00-97-00017-00

Project Title: **HIV/AIDS Prevention Program in Vietnam**

The purpose of this amendment to above-referenced sub-agreement is **to provide two-months extension without cost-increase and to replace some project activities with new ones.**

## I.    Project Description

FHI's support to men's intervention in Thai Binh was ended, so it was no longer appropriate to carry out condom promotion in this province. Therefore, the scope of work is revised to cancel TOT workshop for PASB staff and BCC training workshop on condom promotion and HIV/AIDS prevention for peer educators in Thai Binh province.

Budget allocated for the above-mentioned workshops and savings from other project activities which were implemented, are re-allocated for:

(i)     purchasing additional promotion materials such as penile wooden model, OK posters, OK key chains, OK wet tissues, OK bottle opener for distributing to customers who buy condoms from project-supported non-traditional outlets;

(ii)    conducting two new activities. They include developing a website on sexual health for young people, branded with Super Trust and OK condom, inclusive of a small-scaled PR campaign nationwide to launch the website and hosting/domain name in one year; and organizing "Displaying OK and Super Trust Contest" among pharmacies in Hanoi, HCMC, Da Nang, Can Tho and Hai Phong.

Due to cancellation of several activities and replacing with some new ones, the project needs more time to implement these newly added activities. In addition, because of the delay in setting up MSM peer educators team as well as issuing contracts with local NGOs, the two qualitative evaluation surveys in Hanoi, Hai Phong, Can Tho and HCMC has not conducted as originally planned. Therefore, the project needs to be extended two months to complete all activities mentioned above.



II.    **Period of Performance.**

The original period of performance of this subagreement from **July 1st, 2003 through June 30th, 2005** is deleted and replaced by the new authorized period of performance from **July 1st, 2003 through August 31st, 2005.**

III.    **Subagreement Amount, Budget and Payment**

Attachment B, Summary Budget of the subagreement is deleted in its entirety and replaced with the revised Attachment B, Amendment # 1. The subagreement amount is not changed. Attachment C remains unchanged. The Monthly Financial Report (MFR) is deleted and replaced with the revised MFR attached to this document.

IV.    **Other Changes**

Attachment D subpart III "Special Provision" is hereby deleted in its entirety and replaced with Attachment D subpart III "Special Provisions" Amendment #1. Two new provisions #3 and #12 have been added. All subsequent provisions are numbered accordingly.

The FHI Project Monitor for this subagreement is Dr. Stephen Mills, FHI/Vietnam Country Director

The new FHI Standard Provisions for US Governmental Organization is attached to and constitutes a part of this amendment.

All other subagreement clauses remain unchanged and in effect.

The parties execute this subagreement amendment in two (2) copies, each of which shall be deemed an original.

| For DKT | | For FHI |
|---|---|---|
| | Signature | |
| Larry Holzman | Typed Name | Stephen Mills |
| Country Representative | Title | Country Director |

Index of Attachments
Attachment B: Summary Budget, Amendment # 1
Revised MFR Format
Attachment D subpart III "Special Provision", Amendment #1
FHI Standard Provisions for US Non-Governmental Organization

cc:    Alexander Smith, FHI/Arlington
Jeffery Tremelling, FHI/APD
Aranya Ngamwong, FHI/APD
Daniel Levitt, USAID/Viet Nam
Stephen Mills, Country Director, FHI/Viet Nam



# SUMMARY BUDGET AMENDMENT

FCO #: 85107   IA name: DKT International   Country: Viet Nam   Amendment #: 01

| | Current Budget - US Dollars (a) | Total US Dollars Received by IA - per latest RMFR (c) | 31 May 2005 Expenses to Date per latest RMFR - US Dollars (d) | Total Remaining US Dollars (e) | Balance on Hand per latest RMFR - US Dollars (f) | Projected Expenses - US Dollars (g) | Budget Amendment -US Dollars (h) | New Total Budget - US Dollars (i) |
|---|---|---|---|---|---|---|---|---|
| I. Salaries | 76,440 | | 65,234 | | | 7,466 | (3,740) | 72,700 |
| II. Fringe Benefits | 12,995 | | 8,131 | | | 1,610 | (3,254) | 9,741 |
| III. Consultants | 0 | | 0 | | | 0 | 0 | 0 |
| IV. Equipment | 2,950 | | 3,300 | | | 0 | 350 | 3,300 |
| V. Travel | 10,483 | | 8,513 | | | 1,970 | (0) | 10,483 |
| VI. Office Expenses | 55,780 | | 52,960 | | | 6,000 | 3,180 | 58,960 |
| VII. Other Direct Costs | 340,577 | | 261,466 | | | 82,575 | 3,464 | 344,041 |
| VIII. Subrecipients | 0 | | 0 | | | 0 | 0 | 0 |
| IX. Indirect Costs | 0 | | 0 | | | 0 | 0 | 0 |
| Total Project | 499,225 | 445,933 | 399,604 | 53,292 | 46,329 | 99,621 | 0 | 499,225 |

③

# FAMILY HEALTH INTERNATIONAL
## Recipient's Monthly Financial Report

*This report must be submitted not later than ten (10) workdays after the end of the month which the report covers*

FCO No ___85107___  Month of _____  Exchange Rate: _____  As of date submitted _____

Recipient Name _____ DKT International _____

Project Manager (Recipient) **Mr. Larry Holzman** _____ Project Monitor (FHI) **Stephen Mills** _____

Project Title _____ HIV/AIDS Prevention Program in Vietnam _____

Date Subagreement began **July 1, 2003** _____ Date Subagreement ends **August 31, 2005** _____

| BUDGET CATEGORY | (1) Total budget amount approved | (2) Amount expended this month | (3) Total amount expended | (4) Remaining budget balance | | |
|---|---|---|---|---|---|---|
| Salary * | 72,700 | | | | | |
| Fringe Benefits * (if applicable) | 9,741 | | | | **Summary to date** | |
| Consultants and Professional Fees * | | | | | Previously Received | |
| Procurement * | 3,300 | | | | Received this Month | |
| Travel, Transportation and Per Diem | 10,483 | | | | Total Received | |
| Office Expenses | 58,960 | | | | Total Amount Expended | |
| Other Direct Cost * | 344,041 | | | | Balance on Hand | |
| G&A (if applicable) | | | | | | |
| TOTALS | 499,225 | | | | | |

\* Attachment Required

Fund Received:

Wire/Check Number _____ In the Amount of (US$) _____ Local Currency _____ Exchange Rate _____

*The undersigned parties hereby certify that all expenditures reported are correct and all requirements of the Agreement have been met as of the ceritfication date:*

Certified for Approval: _____

_____  RECIPIENT AUTHORIZED OFFICER    _____  FHI PROJECT MONITOR

Reviewed By: _____

_____  FHI RO/CO FINANCE    _____  FHI CONTRACTS & GRANTS

DISTRIBUTION: Original to FHI



**Attachment D**

**Subpart III "Special Provisions"** Amendment# 1

## III.    SPECIAL PROVISIONS

1. Fiscal year funding for the project is contingent upon the availability of funds to FHI. It is FHI's intent to make funds available for this project at budgeted US dollar amounts, which may or may not equal budgeted local currency amount.

2. This Subagreement is between FHI and Subgrantee as referenced in the Subagreement. All responsibility for project outcome is solely that of the Subgrantee.

3. Patient Care

   <u>Responsibility for Patient Care</u>. Recipient assumes full responsibility and liability for the care and treatment of its patients. To the extent that the training and other support provided to recipient by FHI-employed personnel under this Agreement encompasses treatment of patients of the recipient, recipient agrees that it is ultimately responsible for such treatment, that such treatment will be deemed to be done by and on behalf of recipient, that recipient waives any claim against FHI and/or FHI-employed personnel arising out of patient treatment, and that it will assume full responsibility for any claims by patients arising out of patient treatment, whether by recipient-employed or by FHI-employed personnel, and agrees to hold FHI harmless from any liability arising out of the assistance provided hereunder.

4. Any deviations from the scope of work need prior approval from the Project Monitor.

5. A successful project is the main consideration.  Project monitoring will help ensure success.  This project may be reviewed by FHI staff, and/or by consultants selected by FHI.

6. The Subgrantee will report immediately to FHI, via telephone, fax or email, any serious problems encountered during the project.

7. No participant will be coerced to participate in the project.

8. The code of ethics and all legal and other requirements applicable to the project in the country, region and parent organization of the Subgrantee will be followed.

9. The Contractor/Recipient is reminded that U.S. Executive Orders and U.S. Law prohibits transactions with, and the provision of resources and support to, individuals and organizations associated with terrorism.  It is the legal responsibility of the contractor/recipient to ensure compliance with these Executive Orders and Laws. This provision must be included in all subcontracts/subawards issued under this contract/agreement.

1



10. Family Health International's Subagreement Standard Provisions (Attachment E) are an integral part of this Subagreement. Particular attention should be paid to the Local Procurement section when procurement is made with funds from this agreement.

11. The Subgrantee is encouraged to publish and present results of this project. However, any publication or presentation derived from this study must abide with FHI's current publication and presentation policy, Nos. 029B and 040A respectively. The policy for use of USAID and FHI logos is found in the Publications and Media Releases Section of the Standard Provisions. A copy of these policies is included as part of Attachment E, Standard Provisions.

12. The Subgrantee is reminded that any equipment, such as computers, copiers, vehicles, purchased with funds under the terms of this Subagreement remain the property of FHI, and shall be returned FHI upon written request or termination of the project or Subagreement. Responsible security, care and maintenance of any such equipment is the sole obligation of the Subgrantee; any loss, theft or damage shall be reported to FHI immediately.

13. Accounting, Audit and Records

This Subagreement is funded by the U.S. Government. Therefore, the Subgrantee agrees to comply with the audit requirements contained in the Subagreement Standard Provisions. For all U.S.-based and Non-U.S. based Subgrantees this means the books, records, documents, and other evidence relating to this Subagreement are subject to FHI monitoring procedures. These monitoring procedures may include periodic onsite reviews and audits to determine compliance with the terms and provisions of the Subagreement. The reviews and audits will also determine if Subagreement expenditures are adequately documented. These reviews and audits may be performed by FHI or a representative designated by FHI. The Subgrantee's records, which pertain to this Subagreement, shall be retained for a period of three years from the date of completion of this Subagreement.

U.S. based government and not-for-profit Subgrantees are required to comply with the provisions of the Single Audit Act. This act requires an OMB Circular A-133 audit when $300,000 or more of federal funds are received. The Subgrantee agrees to provide audit coverage of this Subagreement and provide a copy of the audit to FHI on an annual basis during the life of this Subagreement.



**ATTACHMENT E:**
**Standard Provisions**

1.  Standard Provision for U.S. Nongovernmental Recipients or Standard Provision for Non-U.S. Nongovernmental Recipients (as applicable)
2.  Financial, Administrative and Accounting Guidelines
3.  Policy No. 029C Misconduct in Science
4.  Policy No. 040A Authorship of Scientific Papers

# EXHIBIT B



# CERTIFICATION REGARDING PROSTITUTION OR SEX TRAFFICKING
## And
## ACCURACY OF INFORMATION ON CONDOMS

FCO#:  85107          COUNTRY: VIETNAM

**PROJECT TITLE: HIV/AIDS Prevention Program in Vietnam**

I. "As a condition of entering into the referenced agreement, DKT INTERNATIONAL hereby certifies that it does not and will not promote the legalization or practice of prostitution or sex trafficking.  In addition, DKT INTERNATIONAL will use its best efforts to ensure that its subcontractors or subgrantees do not and will not promote the legalization or practice of prostitution or sex trafficking.  Nothing in the preceding sentence shall be construed to preclude the provision to individuals of palliative care, treatment, or post-exposure pharmaceutical prophylaxis, and necessary pharmaceuticals and commodities, including test kits, condoms, and, when proven effective, microbicides.

DKT INTERNATIONAL hereby certifies that it has a policy explicitly opposing prostitution and sex trafficking.

Further, DKT INTERNATIONAL also certifies that information provided about the use of condoms as part of projects or activities that are funded under this agreement shall be medically accurate and shall include the public health benefits and failure rates of such use and shall be consistent with USAID's fact sheet entitled, "USAID: HIV/STI Prevention and Condoms". This fact sheet may be accessed at:

http://www.usaid.gov/our_work/global_health/aids/TechAreas/prevention/condomfactsheet.html

This certification is an express term and condition of the agreement and any violation of it shall be grounds for unilateral termination of the agreement by FHI or USAID prior to the end of its term.


Name:     Larry Holzman          Signature: _____

Title:     Country Representative     Date: _____

# EXHIBIT C

—— Original Message ——
**From:** HolzmanLC@aol.com
**To:** SMills@fhi.org.vn
**Cc:** phil@dktinternational.org ; rciszewski@earthlink.net ; lin@dkt.org.vn
**Sent:** Tuesday, June 28, 2005 12:53 AM
**Subject:** No Cost Extension Documents

Dear Steve,

Thank you for providing us with an agreement for our requested two month No Cost Extension Amendment for the ongoing project with FHI for condom promotion in Vietnam.

We would like to request a waiver concerning DKT's signing of the document entitled, "CERTIFICATION REGARDING PROSTITUTION OR SEX TRAFFICKING AND ACCURACY OF INFORMATION ON CONDOMS."

We have not been required to sign this document in the past and find that some of the wording in the document does not fit within the organizational principles of DKT.

Since all of us involved in HIV/AIDS programming in Vietnam are working toward the same goals, we sincerely hope that you will understand our reluctance to sign the above certification and that you are able to grant us a waiver so that we can continue with our much needed and effective condom promotion program.

All the best.

6/28/2005

# EXHIBIT D

## Larry Holzman

**From:**    "Steve Mills" <Steve@fhi.org.vn>
**To:**      <larry@dktinternational.org>
**Cc:**      "Hoa, Tran Duc" <Duchoa@fhi.org.vn>; "Phuong, Duong Thi Bich" <bichphuong@fhi.org.vn>;
             "Tung, Nguyen Duy" <Tung@fhi.org.vn>; "Bao, Vu Ngoc" <Bao@fhi.org.vn>
**Sent:**    Tuesday, July 05, 2005 12:24 PM
**Subject:** extension

Larry, I have confirmed that FHI will not be able to execute the no-cost extension unless DKT is able to sign the anti-prostitution statement. Furthermore, we would not be able to support DKT for any activities with USAID funds if this is not signed. Please discuss with DKT management if there is any flexibility on this and let me know.

Steve

Stephen Mills, PhD, MPH
Country Director
Family Health International, Vietnam
Tel 84-4-943-1828
Fax 84-4-943-1829
Mobile 84 (0) 903 456399

# EXHIBIT E

**From:** Steve Mills
**To:** larry@dktinternational.org
**Cc:** Hoa, Tran Duc ; Bao, Vu Ngoc ; Tung, Nguyen Duy ; Phuong, Duong Thi Bich ; Jeanine Bardon ; Deborah Murray ; steve wignall (BKK)
**Sent:** Wednesday, July 13, 2005 5:10 PM
**Subject:** DKT no-cost extension

Larry,
I have received guidance from FHI that we are able to proceed with the no-cost amendment of DKT's existing sub-agreement without DKT having to sign the USAID anti-prostitution statement. This is because the funds for DKT's sub-agreement with FHI originated prior to the application of the USAID guidance on anti-prositution. I apologize that we did not interpret the USAID guidance correctly in the first place and am sorry for any inconvenience that this may have caused.

Steve


Stephen Mills, PhD, MPH
Country Director
Family Health International, Vietnam
Tel 84-4-943-1828
Fax 84-4-943-1829
Mobile 84 (0) 903 456399

# EXHIBIT F

## Larry Holzman

**From:** "Hoa, Tran Duc" <Duchoa@fhi.org.vn>
**To:** <larry@dktinternational.org>
**Sent:** Monday, June 27, 2005 3:47 PM
**Subject:** DKT's Lubricant proposal

Dear Larry,

There was a discussion few months ago between FHI and DKT about DKT's lubricant proposal. However, due to other programatic issues, we were not able to continue with that.

Luckily, we have just got a good sign from USAID that we can still work with DKT on lubricant. Since Dr. Bao the Program Manager will be leaving for Kobe on July 29, we would like to have a meeting with DKT tomorrow morning, at about 9:00am. Does it fit in with your schedule?

Thank you and best regards,

Hoa


Tran Duc Hoa, MHSc.
BCC Program Officer
Family Health International in Vietnam
Suite 301, 30 Nguyen Du, Hanoi, Vietnam
Tel: 84-4-943 1828   Fax: 84-4-943 1829
Mobile: 84-4- 904 140 790
E-mail: duchoa@fhi.org.vn

7/7/2005

# EXHIBIT G

**From:**     "Steve Mills" <Steve@fhi.org.vn>
**To:**       <HolzmanLC@aol.com>
**Cc:**       <rprice@fhi.org>; <jbardon@fhibkk.org>; <dmurray@fhibkk.org>; "Bao, Vu Ngoc" <Bao@fhi.org.vn>
**Sent:**     Thursday, July 28, 2005 10:25 AM
**Subject:**  DKT's Lubricant proposal

Larry,

Further to our discussions regarding the development of packaging of lubricants and condoms, I have consulted with FHI's headquarters, and it will not be possible for FHI to fund DKT to carry out this work.

It is FHI's policy that its subrecipients commit, among other things, to not promoting the legalization or practice of prostitution or sex trafficking. You have indicated that DKT declines to sign the certification form provided to you to that effect.

The FHI policy and certification requirement is in compliance with FHI's Agreement with USAID, including USAID Acquisition and Assistance Policy Directive 05-04 issued June 9, 2005. Thus, FHI is unable to provide additional funding to DKT.

If you have any additional questions, please let me know.

Steve

7/28/2005