IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.        ) | Civil Action Case No. |
| ) | |
| ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT, ) | |
| *et al.* ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## DECLARATION OF CARMEN BARROSO

1.  I serve as the Regional Director for International Planned Parenthood Federation, Western Hemisphere Region, a United States non-governmental organization working, among other things, to stop the spread of HIV/AIDS in various countries in the western hemisphere.

2.  I have served in this position since 2003. Previously, I was the director of the Population and Reproductive Health Area for the MacArthur Foundation for almost 13 years.

3.  In my capacity as IPPF/WRH Regional Director, I have overseen our organization's HIV/AIDS prevention programs. Our programs are funded in part by private

donors, foreign government donors and multilateral institutions. In the past, we have also received grants from USAID, though we do not do so now.

4. Recently, we have become aware that USAID is requiring that private organizations offering HIV/AIDS programming must certify that they have adopted a policy "opposing prostitution and sex-trafficking" as a condition to receiving USAID grant funds, even to continue funding for on-going projects that are already in place.

5. IPPF/WHR does not have a policy on prostitution and has no intention to adopt one, because we believe it would be harmful to our organization to do so. Were an organization offering HIV/AIDS programs to adopt such a policy, it would likely be seen as an organization that stigmatizes vulnerable and marginalized sex workers, and the organization's ability to offer meaningful help to that population would be compromised. We know from experience that the challenges of reaching sex workers are vast and that the programs that have been most successful in reaching out to sex workers to prevent the spread of HIV have been those that approach sex workers not with a message of condemnation, but rather in a non-judgmental fashion designed to address their health and other needs. We understand that our refusal to do so would make us ineligible for USAID funding in HIV/AIDS work, were we to seek it.

6. Because IPPF/WHR functions in the public policy arena of sexual and reproductive health, its interests as a member of the public will be harmed by the USAID requirement. By compelling HIV/AIDS grantees to adopt United States policy as their own, as a condition of receiving funding, the U.S. government is effectively blocking those organizations in the best position to see and understand the effects of prostitution from speaking about those effects in any way contrary to U.S. policy. These organizations will be forced to censor their

own findings and publications for fear of running afoul of U.S. policy. Thus, the public debate on best ways to address the health and social issues resulting in and stemming from prostitution will be deprived of those voices with the most meaningful information, research, and conclusions.

I swear or affirm, under penalty of perjury, that the foregoing is true and accurate to the best of my knowledge.

_____
Carmen Barroso

DATED this __8__ day of August, 2005