IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES AGENCY FOR )<br>INTERNATIONAL DEVELOPMENT, )<br>*et al.* )<br>)<br>)<br>Defendants. )<br>)<br>) | Civil Action Case No. |

## DECLARATION OF JODI L. JACOBSON

1. I am the Executive Director of the Center for Health and Gender Equity (CHANGE), a United States non-governmental organization that monitors the effects of U.S. policies on the health and rights of women, girls, and other vulnerable populations in Africa, Asia, and Latin America. I have served in this position since 1994, when I founded CHANGE.

2. CHANGE's goal is to ensure that U.S. international assistance policies and programs promote effective, evidence-based approaches to prevent and treat reproductive and sexual health concerns. Additionally, we advocate for increased federal funding for U.S. Government-supported international programs in HIV/AIDS and reproductive health.

3. In my capacity as Executive Director, I have overseen CHANGE's field research and use of research finding in policy analysis and education of policy makers, interested constituencies, and the media.

4. To conduct its research and policy advocacy, CHANGE works in collaboration with inter-governmental organizations; academics; public health, human rights, and medical organizations; and community-based non-government organizations (NGOs) in the U.S. and abroad.

5. CHANGE is privately funded and does not receive U.S. Government funding.

6. CHANGE has no policy on prostitution and sex trafficking and instead advocates for the health and rights of all women, including women engaged in sex work, particularly impacted by the HIV/AIDS epidemic. CHANGE strongly supports the U.S. Government's goals of preventing the spread of HIV and ending trafficking in persons worldwide.

7. Recently, CHANGE is aware that the U.S. Agency for International Development (USAID) is requiring that private organizations offering HIV/AIDS programming must certify that they have adopted a policy "opposing prostitution and sex-trafficking" as a condition to receiving USAID grant funds, even to continue funding for on-going projects that are already in place.

8. I am deeply concerned that U.S. anti-HIV/AIDS and anti-trafficking efforts will be severely undermined by policies restricting the range of interventions that can be used to protect the lives and health of women and men in prostitution, and of trafficked persons, the very groups intended as beneficiaries of U.S. efforts.

9. I am strongly opposed to the current restrictions on working with women and men in prostitution inscribed in law and extended in U.S. HIV/AIDS and anti-trafficking policies. These policies run contrary to best practices in public health and will undermine efforts to stem the spread of HIV and human trafficking.

10. CHANGE's research has made me aware that the organizations with the most effective anti-AIDS and anti-trafficking strategies have a sophisticated understanding of the social and personal dynamics underlying these issues, and act by building trust and credibility among the populations in question without judging them and without adopting positions on issues such as prostitution.

11. For example, the Sonagachi Project in Calcutta, India, has reached more than 30,000 persons working in the commercial sex sector at risk of HIV. Sonagachi's peer educators work to stop the spread of HIV among women and men in prostitution through strategies intended to earn their trust, reduce their social isolation, increase their participation in public life, and confront stigma and discrimination. Sonagachi's work has received strong positive evaluations from UNAIDS and the World Bank, and has been cited by UNAIDS as a "best-practice" model of working with women and men in prostitution.

12. I believe that programs such as those run by Sonagachi and organizations like it are threatened by current USAID requirements that organizations adopt a policy opposing prostitution and sex trafficking.

13. CHANGE has collected evidence that USAID funding restrictions are already undermining promising global health interventions. We have contacted non-governmental organizations conducting HIV/AIDS prevention programs in Asia, Africa, and

Latin America. Some of the organizations we have talked to receive U.S. Government funding for their work; some do not.

14. The organizations with which we have communicated believe that, were they to adopt a policy on prostitution policy, they would be seen as stigmatizing vulnerable and marginalized sex workers, and that these organizations' ability to offer meaningful help to that population would be compromised.

15. The organizations we have surveyed have found that an anti-prostitution declaration by organizations working in the sex sector alienates the very people these organizations seek to assist, making it difficult or impossible to provide services or assistance to those at risk. Public statements against prostitution can also fuel the public opprobrium against men and women in prostitution, further driving them away from lifesaving services.

16. For example, an organization in Cambodia wrote us that, following the release of USAID's new sex trafficking and prostitution funding restrictions, "no agency, in the service of the U.S. …wanted to touch [an] already formed group of sex workers." Women in prostitution were treated as if they were "scum, below human and vectors of disease." Policies condemning prostitution "reinforce [that these women] are just monkeys or less than human."

17. Organizations CHANGE has contacted believe that their refusal to develop a policy condemning those in prostitution will prevent those organizations from receiving USAID funding for global HIV/AIDS prevention, treatment, and care. One organization wrote us that it cannot apply for USAID funding because such an application would require the organization to contradict public health policies regarding HIV prevention.

18. U.S. funding restrictions are felt by organizations that do not receive U.S. funding. One Indian organization wrote CHANGE stating, "Due to increased funding by

the U.S. Government, there are numerous local organizations which are working on… 'anti-trafficking' programs which are nothing but forced coercion with [the aim to induce] adult sex workers to quit sex work. This has led to a moral police among the NGO community, which is cracking down on groups which are already living on the fringes of the society."

19. CHANGE has found that U.S. requirements to oppose sex trafficking and prostitution may influence other governments. A Taiwanese organization wrote to us, "Now, we get some funding from the Taiwan government. Their policy is usually strongly influenced by US policy. So, we guess, the [U.S. requirement to] pledge [opposition to prostitution] will influence us sooner or later."

20. CHANGE's research indicates that, by compelling HIV/AIDS grantees to adopt US policy as their own, as a condition of receiving funding, the US is cutting off from funding a organizations engaged in the global struggle against AIDS. Additionally, such policies curtail that ability of public health organization to receive and impart information in promoting the health and well-being of all citizens. Most concerning, these funding restrictions limit provision of HIV prevention to those at risk, treatment for those suffering from AIDS, and services to trafficked persons.

I swear or affirm, under penalty of perjury, that the foregoing is true and accurate to the best of my knowledge.

_Jodi L. Jacobson_

DATED this Ninth day of August, 2005