IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DKT, INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01604 |
| | ) | |
| UNITED STATES AGENCY FOR | ) | |
| INTERNATIONAL DEVELOPMENT | ) | |
| and ANDREW S. NATSIOS, in his | ) | |
| Official Capacity as ADMINISTRATOR, | ) | |
| UNITED STATES AGENCY FOR | ) | |
| INTERNATIONAL DEVELOPMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO SET BRIEFING SCHEDULE ON PLAINTIFF'S
APPLICATION FOR PRELIMINARY INJUNCTION**

Plaintiff, DKT International, Inc. ("DKT"), and defendants, the United States Agency for International Development and Andrew S. Natsios, in his official capacity as Administrator, United States Agency for International Development (collectively "USAID"), hereby jointly and respectfully request that the Court enter an order setting a briefing schedule allowing defendant USAID through and until August 26, 2005, in which to file its brief in opposition to plaintiff DKT's application for a preliminary injunction, and also allowing plaintiff DKT through and until September 2, 2005, in which to file a reply brief in support of that pending application.

Plaintiff's Complaint in this matter and Application for Preliminary Injunction were filed on August 11, 2005. Plaintiff challenges the constitutionality of certain provisions of the United States Leadership Against HIV/AIDS, Tuberculosis and Malaria Act of 2003, Pub. L. No. 108-25, 22 U.S.C. § 7601 et seq., as well as an implementing directive issued by USAID in 2005, and seeks, inter alia, preliminary and permanent injunctive relief. Under the Local Rules, defendant's

opposition to plaintiff's application for preliminary relief would ordinarily be due August 18, 2005.

The parties have conferred and have agreed, subject to the Court's approval, that the schedule proposed herein will accommodate other litigation commitments of counsel on both sides, while at the same time, ensuring that plaintiff's request for preliminary relief is submitted to this Court for decision with adequate briefing in a timely fashion. Because the parties agree to the schedule proposed herein, neither party will be prejudiced by its adoption. The parties respectfully request, accordingly, that the Court enter the briefing schedule set forth in the attached proposed order.

Moreover, for purposes of scheduling any necessary hearing on plaintiff's application for preliminary injunction, the parties provide the Court with the following information regarding their availability: undersigned counsel for defendant is scheduled to be on vacation for a week's period beginning August 31, 2005, returning to the office on September 8, 2005, and is also expected to appear for argument on a pending motion for summary judgment before the United States District Court for the Eastern District of Michigan on September 19, 2005. Counsel for the plaintiff is committed to participating in administrative proceedings before the Drug Enforcement Administration for the week of August 22 - 26, 2005, and for the week of September 26 - 30, 2005.

WHEREFORE, for the reasons stated herein, plaintiff DKT and defendant USAID respectfully request that the Court allow defendant USAID through and until August 26, 2005, in which to respond to plaintiff's pending application for preliminary injunction, and that it allow plaintiff DKT through and until September 2, 2005, in which to file a reply brief in support of that application. A proposed order is attached for the convenience of the Court.

FOR THE PLAINTIFF:

*[signature]*
JULIE M. CARPENTER
D.C. Bar No. 418768
MARTINA E. VANDENBERG
D.C. Bar No. 476685
JENNER & BLOCK, LLP
601 13th Street, N.W.
Washington, DC 20005
(202) 639-6000

Dated: August 17, 2005

Respectfully submitted,

FOR THE DEFENDANTS:

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH J. WAINSTEIN
United States Attorney

*[signature]*
JOSEPH H. HUNT, Director
VINCENT M. GARVEY, Deputy Director
RUPA BHATTACHARYYA
Senior Trial Counsel   (VA Bar No. 38877)
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 514-3146
Fax: (202) 318-7593
rupa.bhattacharyya@usdoj.gov