## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DKT, INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01604 |
| | ) | |
| UNITED STATES AGENCY FOR | ) | |
| INTERNATIONAL DEVELOPMENT | ) | |
| and ANDREW S. NATSIOS, in his | ) | |
| Official Capacity as ADMINISTRATOR, | ) | |
| UNITED STATES AGENCY FOR | ) | |
| INTERNATIONAL DEVELOPMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### [PROPOSED] ORDER

The Court, having fully considered the Joint Motion to Set Briefing Schedule on

Plaintiff's Application for Preliminary Injunction filed by Plaintiff DKT International, Inc., and

Defendants the United States Agency for International Development and Andrew S. Natsios, in

his official capacity as Administrator, United States Agency for International Development

(collectively "USAID"), and finding that motion to be well-taken, hereby ORDERS that

Defendants shall have through and until August 26, 2005, in which to file a response to

Plaintiff's pending application for preliminary injunction, and that Plaintiff shall have through

and until September 2, 2005, in which to file its reply thereto.


IT IS SO ORDERED, this _____ day of August, 2005.


_____
United States District Judge.