AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DKT International, Inc.

v.

United States Agency For
International Development, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01604

JUDGE: Emmet G. Sullivan

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 08/11/2005

TO: (Name and address of Defendant)

U.S. Attorney
501 3rd St., NW, 4th Floor
Washington, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Julie M. Carpenter
Jenner & Block LLP
601 13th St., NW
Washington, DC 20005
(202) 639-6000

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        AUG 11 2005
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8-11-05 |
| NAME OF SERVER (PRINT) HELDER G. AGOSTINHO | TITLE PROJECT ASSISTANT |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 501 3rd St., N.W. Washington DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-11-05
Date

Signature of Server: *Helder G. Agostinho*

Address of Server: 1653 N. 21st Rd. Arlington, VA 22209

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.