AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DKT International, Inc.

v.

United States Agency For
International Development, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:05CV01604

JUDGE: Emmet G. Sullivan

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 08/11/2005

TO: (Name and address of Defendant)

U.S. Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Julie M. Carpenter
Jenner & Block LLP
601 13th St., NW
Washington, DC 20005
(202) 639-6000

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                AUG 11 2005
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-11-05 |
| NAME OF SERVER (PRINT) HELDER G. AGOSTINHO | TITLE PROJECT ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service was effected pursuant to FRCP 4(i)(1)(B) by sending a copy of the Summons and the Complaint by certified mail to the Attorney General of the United States

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-12-05
             Date

Signature of Server: Helder G. Agostinho

1653 N. 21st Rd.
Arlington, VA 22209
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Honorable Alberto Gonzales
   Attorney General for the U.S.
   U.S. Department of Justice
   Room 4400
   950 Pennsylvania Ave., N.W.
   Washington, DC  20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature  *Ernest L. Parks*
X                                          ☐ Agent
                                           ☐ Addressee
          AUG 19 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   *Ernest L. Parks*
   AUG 19 2005

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7002 3150 0000 7973 1579

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | |
|---|---|
| Postage | $ 4.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 8.80 |

Postmark Here  08/11/2005

Sent To  The Hon. Alberto Gonzales
Street, Apt. No.;  Atty. Gen. for the U.S.
or PO Box No.  U.S. Dept. of Justice, Room 4400
City, State, ZIP+4  950 Pennsylvania Ave., N.W.
Washington, DC  20530

7002 3150 0000 7973 1579

PS Form 3800, June 2002    See Reverse for Instructions

Return to L. Green