AO (DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DKT INTERNATIONAL, INC.

v. *U.S. AGENCY FOR INTER'L. DEVELP.*
*AND*
ANDREW S. NATSIOS, in his
Official Capacity as ADMINISTRATOR,
U.S. AGENCY FOR INTERNATIONAL
DEVELOPMENT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01604

JUDGE: Emmet G. Sullivan

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 08/11/2005

TO: (Name and address of Defendant)

Andrew S. Natsios
Administrator
U.S. Agency for International Development
1300 Pennsylvania Ave., N.W., Room 6.09
Washington, DC    20523

*SERVE:*  Daniel Van Horn
United States Attorney, Civil Division
501 3rd Street, N.W.
Washington, DC    20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Julie M. Carpenter
JENNER & BLOCK LLP
601 13th Street, N.W.
Washington, DC  20005
(202) 639-6000

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                         AUG 11 2005
CLERK                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8-11-05 |
| NAME OF SERVER (PRINT) HELDER G. AGOSTINHO | TITLE Project Assistant |

*Check one box below to indicate appropriate method of service*

- G  Served personally upon the defendant. Place where served: _____

- G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- G  Returned unexecuted: _____

- (G) Other (specify): Served Daniel Van Horn by Hand and, pursuant to FRCP 4(i)(2)(A), served Andrew Natsios by Certified Mail on August 11, 2005

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-13-05
Date

Signature of Server: Helder G. Agostinho

Address of Server:
1653 N. 21st Rd.
Arlington, VA 22209

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE®**

Home | Help |

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0000 7973 1562**
Detailed Results:
- Delivered, August 15, 2005, 8:36 am, WASHINGTON, DC 20523
- Arrival at Unit, August 15, 2005, 5:06 am, WASHINGTON, DC 20022
- Acceptance, August 11, 2005, 7:50 pm, WASHINGTON, DC 20013

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

overnment services   jobs   National & Premier Accounts
-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



terLabelDetail.do    9/9/2005