AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

DKT INTERNATIONAL, INC.,

      Plaintiff(s)  )
)  **APPEARANCE**
)
)
      vs.  )  CASE NUMBER   05-01604 (EGS)
UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT,
et al.
      Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Martina E. Vandenberg   as counsel in this
        (Attorney's Name)

case for:   DKT International, Inc., (Plaintiff)
      (Name of party or parties)

September 13, 2005
Date

      _/s/ Martina E. Vandenberg_
      Signature

476685
BAR IDENTIFICATION

Martina E. Vandenberg
Print Name

Jenner & Block LLP, 601 - 13th Str., N.W.
Address

Washington, D.C.   20005
City   State   Zip Code

202-639-6000
Phone Number