IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01604 (EGS) |
| ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF FILING

Plaintiff files this notice to alert the Court and defendants' counsel to the transmittal of the attached letter addressed to Judge Sullivan concerning scheduling issues.

Date: September 22, 2005

Respectfully submitted,

DKT INTERNATIONAL, INC.

By_____
One of Plaintiff's Attorneys

Julie M. Carpenter
   D.C. Bar No. 418768
Martina E. Vandenberg
   D.C. Bar No. 476685
JENNER & BLOCK LLP
601 13th Street, N.W.
Washington, DC 20005
(202) 639-6000

## CERTIFICATE OF SERVICE

      The undersigned certifies that on the 22nd day of September 2005, a true and correct copy of the foregoing documents, Notice of Filing and attached letter to Judge Sullivan, were delivered via U.S. mail to:

Rupa Bhattacharyya
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, DC 20001

                                                Martina E. Vandenberg