**JENNER&BLOCK**

September 22, 2005

BY FACSIMILE AND MAIL

The Honorable Emmet G. Sullivan
333 Constitution Ave., NW
Washington, DC 20001

Jenner & Block LLP   Chicago
601 Thirteenth Street, NW   Dallas
Suite 1200 South   Washington, DC
Washington, DC 20005-3823
Tel 202 639-6000
www.jenner.com

Julie M. Carpenter
Tel 202 639-6029
Fax  202 661-4810
jcarpenter@jenner.com

Re:   DKT International, Inc. v. United States Agency for International Development, et al.
      Civil Action No. 05-01604

Dear Judge Sullivan:

On August 17, 2005, the parties filed a joint motion to set the briefing schedule in this case. In that motion, the parties also provided the court with information about counsels' availability for any necessary hearings. At that time, plaintiff's counsel was scheduled to appear in administrative proceedings before the Drug Enforcement Agency during the week of September 26 - 30, 2005. I write today to advise the Court that the judge presiding in that case has just postponed those proceedings to December. Thus, counsel for plaintiff would be available for a hearing during that week should the Court wish to schedule a hearing then.

Very truly yours,

*Julie M. Carpenter*

Julie M. Carpenter
Counsel for Plaintiff

cc:   Rupa Bhattacharyya