IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT, INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01604 |
| ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT ) | |
| and ANDREW S. NATSIOS, in his ) | |
| Official Capacity as ADMINISTRATOR, ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12, defendants hereby move to dismiss plaintiff's action for failure to state a claim upon which relief may be granted. The grounds and authority in support of this motion are set forth in the accompanying memorandum in support of defendants' motion to dismiss. A proposed order granting the relief requested is attached hereto for the convenience of the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH L. WAINSTEIN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

- 2 -

        __/s/ Rupa Bhattacharyya_____
        RUPA BHATTACHARYYA (VA 38877)
        Senior Trial Counsel
        Federal Programs Branch, Civil Division
        United States Department of Justice
        P.O. Box 883, 20 Massachusetts Ave., N.W.
        Washington, D.C.  20001
        Tel: (202) 514-3146
        Fax: (202) 318-7593
        rupa.bhattacharyya@usdoj.gov

Dated: October 11, 2005.