IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DKT, INTERNATIONAL, INC., )
)
    Plaintiff, )
)
v. ) Civil Action No. 05-01604
)
UNITED STATES AGENCY FOR )
INTERNATIONAL DEVELOPMENT )
and ANDREW S. NATSIOS, in his )
Official Capacity as ADMINISTRATOR, )
UNITED STATES AGENCY FOR )
INTERNATIONAL DEVELOPMENT, )
)
    Defendants. )
_____ )

## DECLARATION OF CHRISTOPHER MCDERMOTT

I, Christopher McDermott, under penalty of perjury, hereby declare:

1. I make this declaration of my own personal knowledge; if called as a witness, I would testify to the contents thereof.

2. I make this declaration in support of the defendant in this action.

3. I am a U.S. direct hire employee of the United States Agency for International Development, in which capacity I serve in the Bureau for Global Health, Office of HIV/AIDS.

4. On September 26, 1997, USAID awarded a worldwide cooperative agreement (IMPACT) to Family Health International (FHI) to support a program of Regional and/or Country interventions in HIV/AIDS.

5. On August 4, 2005, I become the cognizant technical officer (CTO) for the FHI IMPACT agreement. In my role as CTO, I am authorized to approve subawards under the FHI agreement.

6. On November 22, 2000, the then USAID Agreement Officer for the FHI IMPACT worldwide cooperative agreement HRN-A-97-00017-00, Emanuel Atsalinos, provided prior approval to FHI to enter into sub-awards of up to $750,000. The letter conditioned the approval on, among other things, USAID CTO clearance of sub-awards. All subawards under the FHI cooperative agreement must be approved by the CTO. Subawards in excess of $750,000 must be approved by the Agreement Officer.

7. In accordance with the standard provisions of the FHI agreement and included in all grants to U.S. nongovernmental organizations, subrecipients, subawardees, and contractors have no relationship with USAID under the terms of the agreement. All required USAID approvals must be directed through the prime recipient to USAID. Accordingly, FHI is solely responsible for all interaction with its subawardees under the IMPACT agreement.

8. USAID is planning to award FHI $5,105,000 in fiscal year 2005 appropriations to conduct approved activities in Vietnam under the agreement.

9. FHI has never communicated with me regarding a proposed subaward to DKT, International to conduct condom-lubricant activities in Vietnam. FHI never submitted a proposal to make such a subaward to me.

10. In my capacity as CTO for the FHI IMPACT agreement, I never reviewed, cleared nor denied clearance for a proposed subaward to DKT to conduct activities in Vietnam.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 11th day of October, 2005

Christopher McDermott