IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT, INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01604 |
| ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT ) | |
| and ANDREW S. NATSIOS, in his ) | |
| Official Capacity as ADMINISTRATOR, ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF VICTOR BARBIERO

I, Victor Barbiero, under penalty of perjury, hereby declare:

1. I make this declaration of my own personal knowledge; if called as a witness, I would testify to the contents thereof.

2. I make this declaration in support of Defendants' Motion in Opposition to a Preliminary Injunction in this action.

3. I am a U.S. direct hire employee of the United States Agency for International Development, in which capacity I serve in the Bureau for Global Health, Office of HIV/AIDS. I have been an employee of USAID since July of 1984.

4. On September 26, 1997, USAID awarded a worldwide cooperative agreement to Family Health International (FHI) to support a program of Regional and/or Country interventions in HIV/AIDS. The award was made on the condition that the funds would be administered in accordance with the terms and conditions as set forth in 22 CFR part 226, the

agreement 'Schedule', 'Program Description' and 'Standard Provisions', all attached to the agreement.

5. I was the cognizant technical officer (CTO) for the FHI IMPACT agreement until August 4, 2005. In my role as CTO, I was authorized to approve subawards under the FHI IMPACT agreement of up to $750,000.

6. On November 22, 2000, the then USAID Agreement Officer for the FHI IMPACT worldwide cooperative agreement HRN-A-97-00017-00, Emanuel Atsalinos, provided prior approval to FHI to enter into sub-awards of up to $750,000. The letter conditioned the approval on, among other things, USAID CTO clearance of sub-awards.

7. In accordance with the standard provisions of the FHI IMPACT agreement and included in all grants to U.S. nongovernmental organizations, subrecipients, subawardees, and contractors have no relationship with USAID under the terms of the agreement. All required USAID approvals must be directed through the prime recipient to USAID. Accordingly, FHI is solely responsible for all interaction with it's subawardees under the IMPACT agreement.

8. All subawards under the FHI IMPACT cooperative agreement must be approved by the CTO. Subawards in excess of $750,000 must be approved by the Agreement Officer.

9. To my knowledge and according to USAID records, FHI IMPACT has not communicated with me regarding a proposed subaward to DKT, International to conduct condom-lubricant activities in Vietnam. FHI never submitted a proposal to make such a subaward to me.

10. To my knowledge and according to USAID records, in my capacity as CTO for the FHI IMPACT agreement, I have not reviewed or cleared for the proposed subaward

to DKT to conduct condom lubricant activities in Vietnam.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 26 day of August, 2005

_____
Victor Barbiero