# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT, INTERNATIONAL, INC., | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 05-01604 |
| UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT and ANDREW S. NATSIOS, in his Official Capacity as ADMINISTRATOR, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT, | ) |
|     Defendants. | ) |

## [PROPOSED] ORDER

The Court having considered Defendants' Motion to Dismiss, and any opposition thereto, finds defendant's Motion to be well-taken. Defendants' Motion to Dismiss, accordingly, is granted, and plaintiff's action is hereby dismissed with prejudice

IT IS SO ORDERED, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE