```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
DKT INTERNATIONAL INC.,             )
                                    )
            Plaintiff,              )
     v.                             )
                                    )
                                    )   Civ. Action. 05-1604 (EGS)
UNITED STATES AGENCY FOR            )
INTERNATIONAL DEVELOPMENT           )
                                    )
            Defendants              )
_____ )

**ORDER**

Pursuant to the status hearing held in this matter in open court on October 12, 2005, it is by the Court hereby

**ORDERED** that the plaintiff's motion for a preliminary injunction and the defendant's motion to dismiss are consolidated with the proceedings on the merits pursuant to Rule 65(a); and it is

**FURTHER ORDERED** that, with plaintiff's declared consent, plaintiff's motion for preliminary injunction shall be construed as plaintiff's motion for summary judgment; and it is

**FURTHER ORDERED** that the parties shall file a joint statement of undisputed facts pursuant to LCvR 7(h) by no later than **October 24, 2005;** and it is

**FURTHER ORDERED** that the plaintiff shall file a response to the defendant's motion to dismiss by **October 24, 2005** and the defendant shall file a reply by **October 31, 2005;** and it is

**FURTHER ORDERED** that, on the dates that pleadings are electronically filed, the parties shall hand deliver to the Chambers of Judge Sullivan two copies of their principal points and authorities together with two copies of any attachments to their respective pleadings; and it is

**FURTHER ORDERED** that a hearing on pending motions is scheduled in this case for **November 21, 2005 10:30 AM** in Courtroom One.

                                **Signed:**    **Emmet G. Sullivan**
                                             **United States District Judge**
                                             **October 12, 2005**