IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT, INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01604 |
| ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT ) | |
| and ANDREW S. NATSIOS, in his ) | |
| Official Capacity as ADMINISTRATOR, ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE A JOINT STATEMENT
OF UNDISPUTED FACTS PURSUANT TO
LOCAL RULE OF CIVIL PROCEDURE 7(h)**

Plaintiff, DKT International, Inc. ("DKT"), and defendants, the United States Agency for International Development and Andrew S. Natsios, in his official capacity as Administrator, United States Agency for International Development (collectively "USAID"), hereby jointly and respectfully request that the Court enter an order allowing plaintiff DKT and defendant USAID through and until October 31, 2005, in which to file their joint statement of undisputed facts pursuant to LCvR 7(h).

The parties have conferred and have agreed, subject to the Court's approval, that the extension of time proposed herein will permit the parties additional time to negotiate the joint statement and accommodate other litigation commitments of counsel. Because the parties agree to the extension of time proposed herein, neither party will be prejudiced by its adoption. The parties respectfully request, accordingly, that the Court enter the extension of time set forth in the attached proposed order.

WHEREFORE, for the reasons stated herein, plaintiff DKT and defendant USAID respectfully request that the Court allow plaintiff DKT and defendant USAID through and until October 31, 2005, in which to file their joint statement of undisputed facts. A proposed order is attached for the convenience of the Court.

FOR THE PLAINTIFF:

Respectfully submitted,
FOR THE DEFENDANTS:

___/s/ Julie Carpenter___
JULIE M. CARPENTER
   D.C. Bar No. 418768
MARTINA E. VANDENBERG
   D.C. Bar No. 476685
JENNER & BLOCK, LLP
601 13th Street, N.W.
Washington, DC 20005
(202) 639-6000

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH J. WAINSTEIN
United States Attorney

_____/s/ Rupa Bhattacharyya_____
JOSEPH H. HUNT, Director
VINCENT M. GARVEY, Deputy Director
RUPA BHATTACHARYYA
Senior Trial Counsel   (VA Bar No. 38877)
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel: (202) 514-3146
Fax: (202) 318-7593
rupa.bhattacharyya@usdoj.gov

Dated: October 24, 2005