IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DKT INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01604 |
| | ) | |
| UNITED STATES AGENCY FOR | ) | |
| INTERNATIONAL DEVELOPMENT | ) | |
| and ANDREW S. NATSIOS, in his | ) | |
| Official Capacity as ADMINISTRATOR, | ) | |
| UNITED STATES AGENCY FOR | ) | |
| INTERNATIONAL DEVELOPMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATEMENT
OF UNDISPUTED FACTS PURSUANT TO
LOCAL RULE OF CIVIL PROCEDURE 7(h)

Plaintiff, DKT International, Inc. ("DKT"), and defendants, the United States Agency for International Development and Andrew S. Natsios, in his official capacity as Administrator, United States Agency for International Development (collectively "USAID"), hereby jointly and respectfully request an additional extension to file the joint statement of undisputed facts pursuant to Local Civil Rule 7(h).  The parties request a brief extension through November 3, 2005 to complete negotiations and file the joint statement.

The parties have exchanged drafts of a proposed joint statement of undisputed facts, as ordered by the Court on October 12, 2005.  The parties have also conferred and attempted to come to an agreement on a joint statement.  Unfortunately, however, plaintiff and defendants have not reached agreement on the text of such a joint statement.  As before, because the parties agree to the extension of time proposed herein, neither party will be prejudiced by its adoption.  The

parties respectfully request, accordingly, that the Court enter the extension of time set forth in the attached proposed order.

WHEREFORE, for the reasons stated herein, plaintiff DKT and defendant USAID respectfully request that the Court allow the parties through November 3, 2005 to submit their joint statement of material facts not in dispute pursuant to Local Civil Rule 7(h). A proposed order is attached for the convenience of the Court.

Respectfully submitted,

FOR THE PLAINTIFF:                                   FOR THE DEFENDANTS:


_/s/ Martina E. Vandenberg_____              PETER D. KEISLER
JULIE M. CARPENTER                               Assistant Attorney General, Civil Division
    D.C. Bar No. 418768
MARTINA E. VANDENBERG                            KENNETH J. WAINSTEIN
    D.C. Bar No. 476685                          United States Attorney
JENNER & BLOCK, LLP
601 13th Street, N.W.
Washington, DC 20005                             _/s/ Rupa Bhattacharyya_____
(202) 639 6000                                   JOSEPH H. HUNT, Director
                                                 VINCENT M. GARVEY, Deputy Director
                                                 RUPA BHATTACHARYYA
                                                 Senior Trial Counsel   (VA Bar No. 38877)
                                                 Federal Programs Branch, Civil Division
                                                 United States Department of Justice
                                                 P.O. Box 883, 20 Massachusetts Ave., N.W.
                                                 Washington, D.C.  20001
                                                 Tel: (202) 514 3146
                                                 Fax: (202) 318 7593
                                                 rupa.bhattacharyya@usdoj.gov


Dated:  October 31, 2005