IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01604 |
| ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT ) | |
| and ANDREW S. NATSIOS, in his ) | |
| Official Capacity as ADMINISTRATOR, ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

[PROPOSED] ORDER

The Court, having fully considered the Joint Motion For Extension of Time to File Joint Statement of Undisputed Facts Pursuant to LCvR 7(h) filed by Plaintiff DKT International, Inc., and Defendants the United States Agency for International Development and Andrew S. Natsios, in his official capacity as Administrator, United States Agency for International Development (collectively "USAID"), and finding that motion to be well taken, hereby ORDERS that Plaintiff and Defendant shall have through and until November 3, 2005, in which to file their Joint Statement of Undisputed Facts.

IT IS SO ORDERED, this _____ day of November, 2005.

_____
United States District Judge