IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-01604 (EGS) |
| | ) |
| UNITED STATES AGENCY FOR | ) |
| INTERNATIONAL DEVELOPMENT, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

Plaintiff files this notice to draw the Court's attention to the attached brief, filed by the Office of the Solicitor General in a case currently pending before the U.S. Supreme Court, *Donald Rumsfeld v. Forum for Academic and Institutional Rights, Inc., et al.*, Case No. 04-1152. In particular, Plaintiff draws the Court's attention to the Justice Department Solicitor General's discussion of *Rust v. Sullivan*, 500 U.S. 173 (1991), which appears to be in tension with the position that the government has staked out in the case before this Court. In his brief, the Solicitor General writes:

> Relying on *Rust,* respondents argue that Congress's Spending Clause authority is limited to conditions that are placed on a "program" and does not extend to conditions that are placed on the "recipient." For several reasons, respondents' reliance on *Rust* is misplaced.
>
> First, the line between a condition on a program and a condition on the recipient was important in *Rust* because the condition at issue prohibited participants in the program from expressing a particular viewpoint. *Had Congress imposed that condition on the entity rather than the program, it would have violated the rule that Congress may not in a funding condition aim at the suppression of ideas.* The Solomon Amendment, by contrast, aims only at the institutions' conduct in denying

> equal access; it does not aim at the suppression of any ideas or address the institutions' activities outside of recruiting.

Reply Brief for the Petitioners, filed October 2005 at 18-19 (attached as Exh. A) (emphasis added).

Respectfully submitted,

DKT INTERNATIONAL, INC.

By _____
One of Plaintiff's Attorneys

Julie M. Carpenter
   D.C. Bar No. 418768
Martina E. Vandenberg
   D.C. Bar No. 476685
JENNER & BLOCK LLP
601 13th Street, N.W.
Washington, DC 20005
(202) 639-6000

Dated: November 9, 2005