IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DKT INTERNATIONAL, INC.

    Plaintiff,

    v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT, et al.

    Defendants.

Civil Action No. 05-01604 (EGS)

**MOTION OF *AMICI CURIAE* AIDS ACTION AND TWENTY-ONE
OTHER ORGANIZATIONS FOR LEAVE TO FILE A MEMORANDUM
OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION AND SUMMARY JUDGMENT**

AIDS Action and twenty-one other organizations[1] respectfully move, pursuant to LCvR 7, for leave to file as *amici curiae* the attached memorandum of law in support of plaintiff's motion for preliminary injunction and summary judgment. *Amici curiae* are public health groups and nongovernmental organizations that provide services or conduct programs, research, or advocacy in the global effort to combat HIV/AIDS and to stop needless deaths

---

[1] In addition to AIDS Action, the *amici curiae* include the American Foundation for AIDS Research; American Humanist Association; the Center for Health and Gender Equality; the Center for Reproductive Rights; the Center for Women Policy Studies; the Community HIV/AIDS Mobilization Project; the Feminist Majority Foundation; the Gay Men's Health Crisis; the Global AIDS Alliance; the Guttmacher Institute; the Human Rights Center, University of California, Berkeley; Human Rights Watch; the Institute of Human Rights at Emory University; International Planned Parenthood Federation, Western Hemisphere Region; the International Women's Health Coalition; Physicians for Human Rights; Planned Parenthood Federation of America, Inc.; Population Action International; the Population Council; and the Religious Consultation on Population, Reproductive Health and Ethics.

through prevention and access to treatment for all affected persons. A number of the *amici* currently administer programs or provide health care services to people with HIV/AIDS or at high risk of transmission of the virus, or intend to administer such programs in the future. Some of these programs expressly target sex workers or include sex workers within their general scope. A number of these programs have a proven track record in reducing HIV infection and providing treatment to those with the virus and have led to significant advances in understanding the physical, cultural, and socioeconomic underpinnings of the AIDS epidemic.

*Amici's* mission in combating HIV/AIDS is seriously threatened by the condition attached to funding provided by the U.S. Agency for International Development ("USAID") for international AIDS programs that NGOs must adopt a "policy explicitly opposing prostitution." *See* 22 U.S.C. § 7631(f). That condition compels public health service providers in the global fight against AIDS to choose between forgoing U.S. funding or adopting a policy that alienates and marginalizes the high-risk communities with which they work and restricts speech and activities supported by non-USAID funds. For those *amici* who do not accept or receive U.S. funding, their ability to research and advocate on HIV/AIDS in these high-risk communities is also harmed as fewer partnering public health providers are willing to take the risk that their activities will be misconstrued as "support" for "prostitution."

Like the plaintiffs, *amici* believe that the compelled adoption of the USAID policy statement, applied to U.S. organizations, is a violation of the First Amendment. They submit this brief not to repeat the constitutional arguments, but to provide the Court with the public health context in which this restriction on speech occurs and to emphasize its potentially devastating effects on public health.

Plaintiff DKT International, Inc. consents to the filing of a memorandum by *amici*. Defendants USAID and Andrew Natsios take no position on the filing. A proposed order granting *amici* leave to file is attached.

Respectfully submitted

| | |
|---|---|
| Lenora M. Lapidus[*]<br>Emily J. Martin[*]<br>Claudia Flores[*]<br>Women's Rights Project<br>American Civil Liberties Union<br>125 Broad Street, 18th Floor<br>New York, N.Y. 10004<br>Telephone: (212) 519-7816<br>Facsimile: (212) 549-2580 | Caroline M. Brown (D.C. Bar #438342)<br>Karin L. Kizer (D.C. Bar #469057)<br>COVINGTON & BURLING<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br><br>Christine I. Magdo[*]<br>COVINGTON & BURLING<br>1330 Avenue of the Americas<br>New York, N.Y. 10019<br>Telephone: (212) 841-1000<br>Facsimile: (646) 441-9252<br><br>*Counsel for Amici* |

Date: November 15, 2005

---

[*] Not admitted to the District of Columbia Bar. Pro hac vice motion to be submitted.