IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DKT INTERNATIONAL, INC.

    Plaintiff,

    v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT, et al.

    Defendants.

Civil Action No. 05-01604 (EGS)

## ORDER

Upon consideration of the Motion for Leave to File a Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction and Summary Judgment by AIDS Action and twenty-one other organizations as *Amici Curiae* and the record in this case, it is hereby

ORDERED, the Court grants said motion.

SIGNED this _____ day of _____, 2005

_____
Emmett G. Sullivan
U.S. District Court Judge