IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, Inc.<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES AGENCY FOR<br>INTERNATIONAL DEVELOPMENT, et al.<br><br>       Defendants. | Civil Action No. 05-01604(EGS) |

## MOTION FOR ADMISSION PRO HAC VICE OF CHRISTINE I. MAGDO

I, Caroline M. Brown, counsel for Plaintiff in the above-captioned matter, hereby move the Court, pursuant to LCvR 83.2(d), for the admission *pro hac vice* of Christine I. Magdo.

1. I am a partner with the firm of Covington & Burling, 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004. I am admitted to the Bar of the District of Columbia (Bar No. 438342) and have been admitted to practice before this Court since September 13, 1993.

2. Christine I. Magdo is an attorney with Covington & Burling based in the New York office, 1330 Avenue of the Americas, New York, New York 10019. As reflected in the accompanying Declaration, Christine I. Magdo is a member of the Bar of the State of New York and is admitted to practice before the United States Courts of Appeal for the Fourth and Ninth Circuits, and the United States District Court for the Southern District of New York.

3. Christine I. Magdo is familiar with the facts and law relating to this case and, upon admission *pro hac vice*, will assist in the litigation of this action.

- 2 -

4.  Plaintiff and defendants consent to this motion.

5.  In connection with LCvR 7(m), service of the Motion for Admission *Pro Hac Vice* of Christine I. Magdo on plaintiff DKT International, Inc. and the defendants in this matter (the United States Agency for International Development and Andrew Natsios) has been made and a certificate of service is attached.

Dated: November 16, 2005
Washington, D.C.

>                    Respectfully submitted,
>
>                    COVINGTON & BURLING
>
>              By:   _____
>                    Caroline M. Brown (Bar No. 438342)
>                    1201 Pennsylvania Avenue, N.W.
>                    Washington, D.C. 20004-2401
>                    Phone (202) 662-6000
>
>                    Attorney for Plaintiff