IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DKT INTERNATIONAL, Inc.

          Plaintiff,

v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT, et al.

          Defendants.

Civil Action No. 05-01604 (EGS)

## DECLARATION OF CHRISTINE I. MAGDO TO APPEAR PRO HAC VICE

I, Christine I. Magdo, make this declaration pursuant to LCvR 83.2(d) in support of the motion by Caroline Brown for my admission *pro hac vice* to this Court:

1. My full name is Christine Ingrid Magdo.

2. My office address and telephone number are as follows: Covington & Burling, 1330 Ave of the Americas, New York, NY 10019, (212) 841-1252.

3. I am admitted to the Bar of the State of New York and admitted to practice before the Ninth Circuit Court of Appeals, the Fourth Circuit Court of Appeals, and the Southern District of New York.

4. I certify that no disciplinary proceeding is pending against me in any jurisdiction nor has any discipline been imposed against me in any jurisdiction in the past.

- 2 -

5.  During the two years immediately preceding the filing of this Motion, I have not been admitted *pro hac vice* in this Court.

_____
Christine I. Magdo

Dated: November 10, 2005
New York, New York