# CERTIFICATE OF SERVICE

I, Caroline M. Brown, certify that today, this 16th day of November, 2005, a copy of this *pro hac vice* motion for Christine I. Magdo was filed with the Clerk's Office of the District Court for the District of Columbia and served by U.S. first class mail on:

> Julie M. Carpenter
> Martina E. Vandenberg
> JENNER & BLOCK
> 601 13th Street, N.W.
> Washington, D.C. 20005
>
> Rupa Bhattacharyya
> U.S. DEPARTMENT OF JUSTICE
> P.O. Box 883
> 20 Massachusetts Avenue, NW
> Washington, DC 20530

*/s/ Caroline M. Brown*
Caroline M. Brown