IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DKT INTERNATIONAL, Inc.

                      Plaintiff,

    v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT, et al.

                      Defendants.

Civil Action No. 05-01604(EGS)

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Christine I. Magdo, it is this ____ day of _____, 2005, hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of Christine I. Magdo be GRANTED.

                                                            Emmett G. Sullivan
                                                            United States District Judge