IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, Inc.<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES AGENCY FOR<br>INTERNATIONAL DEVELOPMENT, et al.<br><br>                              Defendants. | Civil Action No. 05-01604(EGS) |

## DECLARATION OF EMILY MARTIN TO APPEAR PRO HAC VICE

I, Emily Martin, make this declaration pursuant to LCvR 83.2(d) in support of the motion by Caroline Brown for my admission *pro hac vice* to this Court:

1. My full name is Emily Jean Martin.

2. My office address and telephone number are as follows: American Civil Liberties Union Women's Rights Project; 125 Broad Street, 18th Floor; New York, NY; (212) 549-2615.

3. I am admitted to the Bar of the State of New York and admitted to practice before the District Court of the Eastern District of New York.

4. I certify that no disciplinary proceeding is pending against me in any jurisdiction nor has any discipline been imposed against me in any jurisdiction in the past.

5. During the two years immediately preceding the filing of this Motion, I have not been admitted *pro hac vice* in this Court.

DC: 1959641-1

- 2 -

*[signature]*
Emily Martin

Dated: November 15, 2005
New York, NY