IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DKT INTERNATIONAL, Inc.

Plaintiff,

v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT, et al.

Defendants.

Civil Action No.  05-01604(EGS)

**ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Emily Martin, it is this

_____ day of _____, 2005, hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of Emily Martin be

GRANTED.

_____
Emmett G. Sullivan
United States District Judge