IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DKT INTERNATIONAL, Inc.

Plaintiff,

v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT, et al.

Defendants.

Civil Action No.  05-01604(EGS)

## MOTION FOR ADMISSION PRO HAC VICE OF LENORA M. LAPIDUS

I, Caroline M. Brown, counsel for Plaintiff in the above-captioned matter, hereby move the Court, pursuant to LCvR 83.2(d), for the admission *pro hac vice* of Lenora M. Lapidus.

1.      I am a partner with the firm of Covington & Burling, 1201 Pennsylvania Avenue, N.W., Washington, D.C.  20004.  I am admitted to the Bar of the District of Columbia (Bar No. 438342) and have been admitted to practice before this Court since September 13, 1993.

2.      Lenora M. Lapidus is an attorney with the American Civil Liberties Union Women's Rights Project, based in New York, 125 Broad Street, 18th Floor, New York, New York  10004.  As reflected in the accompanying Declaration, Lenora M. Lapidus is a member of the Bars of the State of New York and the State of New Jersey and is admitted to practice before (i) the U.S. Supreme Court, (ii) the United States Courts of Appeal for the Second, Third, and Tenth Circuits, and (iii) the United States District Courts for the Eastern and Southern Districts of New York and the District of New Jersey.

- 2 -

3.    Lenora M. Lapidus is familiar with the facts and law relating to this case and, upon admission *pro hac vice*, will assist in the litigation of this action.

4.    Plaintiff and defendants consent to this motion.

5.    In connection with LCvR 7(m), service of the Motion for Admission *Pro Hac Vice* of Lenora M. Lapidus on plaintiff DKT International, Inc. and the defendants in this matter (the United States Agency for International Development and Andrew Natsios) has been made and a certificate of service is attached.

Dated:  November 16, 2005

Washington, D.C.

Respectfully submitted,

COVINGTON & BURLING

By:    _____
       Caroline M. Brown (Bar No. 438342)
       1201 Pennsylvania Avenue, N.W.
       Washington, D.C.  20004-2401
       Phone (202) 662-6000

       Attorney for Plaintiff