IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, Inc.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES AGENCY FOR<br>INTERNATIONAL DEVELOPMENT, et al.<br><br>Defendants. | Civil Action No. 05-01604(EGS) |

## DECLARATION OF LENORA M. LAPIDUS TO APPEAR PRO HAC VICE

I, Lenora M. Lapidus, make this declaration pursuant to LCvR 83.2(d) in support of the motion by Caroline Brown for my admission *pro hac vice* to this Court:

1. My full name is Lenora M. Lapidus.

2. My office address and telephone number are as follows: 125 Broad Street, 18th Floor, NY, NY 10004, (212) 549-2668.

3. I am admitted to the Bar of New York and New Jersey and admitted to practice before the Southern District of New York, Eastern District of New York, District of New Jersey, 2nd Circuit, 3rd Circuit, 10th Circuit, US Supreme Court.

4. I certify that no disciplinary proceeding is pending against me in any jurisdiction nor has any discipline been imposed against me in any jurisdiction in the past.

DC: 1959641-1

- 2 -

5. During the two years immediately preceding the filing of this Motion, I have not been admitted *pro hac vice* in this Court.

*Lenora M. Lapidus*
Lenora M. Lapidus

Dated: November 15, 2005
New York, NY