IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, Inc.<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED STATES AGENCY FOR<br>INTERNATIONAL DEVELOPMENT, et al.<br><br>                          Defendants. | Civil Action No. 05-01604(EGS) |

## **ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Lenora M. Lapidus, it is this _____ day of _____, 2005, hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of Lenora M. Lapidus be GRANTED.

 

_____
Emmett G. Sullivan
United States District Judge