IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DKT INTERNATIONAL, Inc.

                       Plaintiff,

     v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT, et al.

                      Defendants.

Civil Action No. 05-01604(EGS)

## **DECLARATION OF CLAUDIA FLORES TO APPEAR PRO HAC VICE**

I, Claudia Flores, make this declaration pursuant to LCvR 83.2(d) in support of the motion by Caroline Brown for my admission *pro hac vice* to this Court:

1. My full name is Claudia Maria Flores.

2. My office address and telephone number are as follows: American Civil Liberties Union Foundation, 125 Broad Street, 18th floor, New York, NY 10004, (212) 519-7816.

3. I am admitted to the Bar of the State of New York and admitted to practice before the District Courts for the Southern and Eastern Districts of New York.

4. I certify that no disciplinary proceeding is pending against me in any jurisdiction nor has any discipline been imposed against me in any jurisdiction in the past.

5. During the two years immediately preceding the filing of this Motion, I have not been admitted *pro hac vice* in this Court.

DC: 1959641-1

- 2 -

*[signature]*
Claudia M. Flores

Dated: November 15, 2005
New York, NY