## CERTIFICATE OF SERVICE

I, Caroline M. Brown, certify that today, this 16th day of November, 2005, a copy of this *pro hac vice* motion for Claudia M. Flores was filed with the Clerk's Office of the District Court for the District of Columbia and served by U.S. first class mail on:

Julie M. Carpenter
Martina E. Vandenberg
JENNER & BLOCK
601 13th Street, N.W.
Washington, D.C. 20005

Rupa Bhattacharyya
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW
Washington, DC 20530

_____
Caroline M. Brown