IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, Inc.<br><br>                      Plaintiff,<br><br>       v.<br><br>UNITED STATES AGENCY FOR<br>INTERNATIONAL DEVELOPMENT, et al.<br><br>                     Defendants. | Civil Action No. 05-01604(EGS) |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Claudia M. Flores, it is this _____ day of _____, 2005, hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of Claudia M. Flores be GRANTED.

 

                                                                 Emmett G. Sullivan
                                                                 United States District Judge