# Exhibit 1

Letter from Christopher D. Crowley, Mission Director, USAID
to Galina Karmanova, AOSI, (Oct. 7, 2005),
Ex. A, Declaration of Rebekah Diller,
submitted in support of
Plaintiffs' Motion for a Temporary Restraining Order,
*Alliance for Open Society Int'l, Inc., et al. v. U.S. Agency for Int'l Dev.*,
1:05-cv-08209-VM (S.D.N.Y. Oct. 12, 2005)



October 7, 2005

Galina Karmanova
Alliance for Open Society International, Inc.
97 Makataev Str., Almaty, Kazakhstan
fax.: 79-88-11

Dear Galina Karmanova:

As you know, Dr. Kent Hill, Acting Assistant Administrator of the USAID Bureau for Global Health, notified Alliance for Open Society International, Inc. ("AOSI") in April of 2005 that advocating for the legalization of the institution of prostitution would be a clear indication that an organization does not explicitly oppose prostitution. In addition, Dr. Hill informed AOSI that organizing or unionizing prostitutes for the purposes of advocating for the legalization of prostitution, as distinct from organizing for the purposes of deterring human rights abuses and addressing public health issues, would also indicate that an organization does not explicitly oppose prostitution. I hope that my reiteration of USAID guidance will be of use to your organization in complying with your certification that you maintain a policy explicitly opposing prostitution and sex-trafficking.

Regards,

Christopher D. Crowley
Mission Director

Cc:   Richard Kushen
      Board Chair
      Alliance for Open Society International, Inc.

U.S. Agency for International Development
1300 Pennsylvania Avenue, NW
Washington, DC 20523
www.usaid.gov