# Exhibit 2

**Declaration of Chris Beyrer, (Sept. 21, 2005), (relevant excerpts)
submitted in support of
Plaintiffs' Motion for Preliminary Injunction,
*Alliance for Open Society Int'l, Inc., et al. v. U.S. Agency for Int'l Dev.*,
1:05-cv-08209-VM (S.D.N.Y. Sept. 28, 2005)[1]**

---

[1] Full Declaration and accompanying exhibit are available on PACER.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC. and OPEN
SOCIETY INSTITUTE,

       Plaintiffs,

v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT and
ANDREW S. NATSIOS, in his official
capacity as Administrator of the United
States Agency for International
Development,

       Defendants.

-----------------------------------------------------x

DECLARATION OF
CHRIS BEYRER, MD, MPH

       I, CHRIS BEYRER, declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

       1.    My name is Chris Beyrer. I submit this declaration as an expert on the epidemiology of HIV/AIDS and HIV prevention methods in support of the Plaintiffs' motion for a preliminary injunction.

## I.   INTRODUCTION AND SUMMARY

       2.    HIV/AIDS continues to spread rapidly across the world. The number of persons who are infected continues to rise, particularly in most parts of Africa and Asia. In many regions, when the HIV/AIDS epidemic begins it is concentrated in small populations of high-risk groups, such as sex workers, drug users, and others. Staunching the spread of the epidemic among those populations is critical to slowing the epidemic's spread to the rest of the population. Public health literature has shown that effective HIV prevention efforts among sex

work is decriminalized, outreach programs for sex workers to encourage the use of preventive measures have been quite successful in keeping rates of HIV low (Ahmad, 2001; Homaifar, 2005).

### IV.   APPROACHES TO HIV/AIDS PREVENTION PROGRAMS – BEST PRACTICES

21.   Public health professionals rely heavily on published "best practices" reports from global health organizations such as the World Health Organization ("WHO") and the United Nations Program on HIV/AIDS ("UNAIDS") for the programmatic design of HIV interventions. USAID, through its Horizons project, also works with various organizations to identify successful HIV/AIDS prevention efforts and to understand why they work (USAID, 2002).

22.   Best practices can range from specific training techniques to entire programs. Some best practices are backed by the strongest evidence in the form of results of systematic reviews of randomized controlled trials. It is accepted within the public health field that some best practices are based on evidence-based studies that are less rigorous but which may be the only measures available to evaluate the effectiveness of certain practices.

23.   Best practices in HIV prevention recognize that while sex work may be illegal, and may be exploitative or morally wrong, the sex workers themselves need services, protection, peer outreach, and help and support from public health professionals to reduce their risks for HIV infection. Moreover, most public health professionals see a clear distinction between trafficked and involuntary sex work, including debt-bonded labor in this industry and sexual servitude, and more voluntary forms of sex work. There is almost no debate either in political or public health worlds that sex trafficking is a crime and that those working in involuntary servitude in sex work (or any other form of forced labor) should be freed.

8

24. The most effective HIV prevention programs have shared a non-judgmental and engaged approach of working closely with sex workers and their organizations and advocates. In order to get sex workers to accept and utilize the tools they need to stay alive, it is generally necessary to first build a relationship of trust with them. Best practices in HIV prevention also have utilized peer education approaches, in which sex workers themselves are active partners in the prevention and support effort. Engagement with sex worker organizations has also been essential to the best practices examples detailed below.

25. In conducting outreach to sex workers, public health professionals often struggle to make sure that law enforcement efforts do not work at cross purposes with HIV prevention work. Some best practices have involved advocating for the reduction or removal of penalties applied to sex workers so that such penalties do not interfere with outreach efforts. ((UNAIDS, Jan. 1999, 2003; WHO, 1999; Wolffers, 2003). For instance, some HIV prevention programs have had to advocate with local police and government officials to discourage them from engaging in crackdowns and arrests of sex workers that thwart HIV prevention efforts. One example of such efforts is a project in Bangladesh called "Shakti," a project implemented by CARE Bangladesh that conducts outreach with brothel-based workers; Shakti employed strategies such as high quality repetitive contact with sex workers, peer education, and provision of the means for and facilitation of behavior change at the community level. When sex workers organized for their safety and basic human rights after the brutal murder of a young sex worker, CARE took the simple stance of supporting the sex workers in their campaign for basic human rights, including the right to work; after the High Court of Bangladesh declared that sex work is not illegal, CARE found that it strengthened options for HIV prevention work (UNAIDS, 2000).] Another example is from the well-known Thai 100% Condom Campaign. One of the most

effective strategies was working with police forces to halt sex venue raids as long as management of these venues complied with condom promotion and with not having under age sex workers (Ainsworth, 2003).

26. In the past, USAID has recognized the importance of working with sex workers, such as the success of Philippines of working with registered sex workers to increase their regular condom use and Senegal's system of registration of commercial sex workers that allows a framework for reaching this group with educational and health campaigns (USAID, 2001).

27. Similarly, Edward Green, who serves on the Presidential Advisory Council for HIV/AIDS, recognized the importance of outreach to sex workers in his recent book <u>Rethinking AIDS Prevention: Learning From Successes in Developing Countries</u> (2003). In a chapter on effective approaches to HIV prevention in Africa, Green upheld Senegal for its success in combating the AIDS epidemic, particularly with respect to high-risk populations like commercial sex workers. According to Green, Senegal has a "health-enlightened program" for sex workers that are registered with the government. By decriminalizing and destigmatizing sex work, the government of Senegal has been able to provide effective health outreach in the form of free physician health care and AIDS and STD education for sex workers and their families. These efforts, combined with a high prevalence of condom use among sex workers, are cited as factors likely to have kept HIV rates in Senegal from climbing to the rates found among sex workers in other countries. In addition to Senegal, Green cited the Philippines, Indonesia, the Dominican Republic, and Thailand as countries that have stabilized or decreased the prevalence of HIV, due in part to their outreach to sex workers with peer education and condom distribution (Green, 2003).

28.     In the public health field, it is customary to use the terms "sex work" and "sex workers" in place of "prostitutes" and "prostitution." This is an essential aspect of the non-judgmental approach to working with this high-risk group, which already suffers from great stigmatization. International organizations such as the WHO, UNAIDS and the World Bank recognize the importance of using non-stigmatizing terms "sex work" and "sex workers" (UNAIDS, 2002; WHO, 1999). The use of stigmatizing terms such as "prostitutes" hinders efforts to reach out to this community, and in turn hinders efforts at HIV/AIDS prevention (UNAIDS, 2002). As USAID once noted in its June 2002 report to Congress:

> HIV/AIDS prevention and care programs do not operate in a vacuum. To be effective, the larger context in which they operate must be supportive. For this reason, USAID addresses a number of issues that increase communities' vulnerability to HIV/AIDS, including *stigma and discrimination*, gender inequality, food insecurity, lack of infrastructure, and capacity within the country for political and legislative advocacy.

(USAID, 2002) (*emphasis added*).

## V.     EXAMPLES OF HIV PREVENTION BEST PRACTICES

### A.     World Health Organization

29.     The WHO produced a *Summary Booklet of Best Practices in the Field of HIV* in 1999 and more recently created a *Toolkit for targeted HIV/AIDS prevention and care in sex work settings* in 2005. The Summary Booklet describes how initial HIV prevention programs primarily promoted and distributed condoms to sex workers and distributed information about the virus. They focused on the sex worker, but not their clients or other participants in the industry. Because the initial programs failed to address the primary needs of sex workers, they had only limited success (Kerrigan, 2004; Mgone, 2002).

30.     According to the WHO, the most effective programs use outreach and peer networks to reach sex worker communities. Peer education is commonly utilized in public

64. The best practices show that we need to engage the high-risk community of sex workers through non-judgmental and comprehensive approaches that address their myriad needs, including policy and legal changes.

65. The demand that organizations adopt policies "opposing prostitution" in order to receive funds to do this work undermines the very goals of both organizations like OSI and the US government. All working on these difficult problems agree that sex workers themselves need our compassion, support, and engagement. But if organizations have to oppose prostitution on principle, they lose significant ability to work with sex workers who intend to continue working. Furthermore, for some sex worker groups, like Sonagachi in India and the sex worker organizations of Brazil, the demand to "oppose prostitution" would run counter to their core mission—empowerment of sex workers and reductions in police and security harassment.

66. In settings as challenging as Central Asia, where governments are weak and police corrupt, the limitations of this policy could be even more severe for already vulnerable women. Organizations like AOSI and OSI need to able to continue their important work in this arena without the potentially harmful limitations of the pledge requirement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2005
Baltimore, Maryland

_____
Chris Beyrer