IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01604 (EGS) |
| ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING

Plaintiff files this notice to correct a factual statement made by Defendants' counsel in the hearing held on December 20, 2005. The Government suggested in oral argument that all of the organizations exempted from the requirement of 22 U.S.C. § 7631(f) to have a policy "explicitly opposing prostitution" are multilateral or U.N. organizations. In fact, however, one of the exempted organizations, the International AIDS Vaccine Initiative, is a U.S.-based, 501(c)(3), non-governmental organization. The International AIDS Vaccine Initiative (IAVI), like DKT International, Inc., operates internationally, is headquartered in the United States, and receives grants from private foundations, as well as from governments. *See* IAVI Website Page (attached as Exh. A). Indeed, USAID has characterized IAVI as a "non-governmental organization" in its public statements. *See* USAID and the International AIDS Vaccine Initiative, Fact Sheet, May 23, 2002 (attached as Exh. B).

Date: December 22, 2005

Respectfully submitted,

DKT INTERNATIONAL, INC.

By _____
One of Plaintiff's Attorneys

Julie M. Carpenter
   D.C. Bar No. 418768
Martina E. Vandenberg
   D.C. Bar No. 476685
JENNER & BLOCK LLP
601 13th Street, N.W.
Washington, DC  20005
(202) 639-6000

## CERTIFICATE OF SERVICE

    The undersigned certifies that on the 22nd day of December 2005, a true and correct copy of the foregoing documents, Notice of Filing and attachments A and B, were delivered via U.S. mail to:

Rupa Bhattacharyya
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, DC 20001

                                                      Martina E. Vandenberg