# EXHIBIT A



HOME > About IAVI

## About IAVI

Contact Us | IAVI: Q&A | IAVI Team | Board of Directors | Scientific Advisory Committee | Policy Advisory Committee | IAVI's Donors | IAVI's Worldwide Scientific and Advocacy Partners | Imagine a World Without AIDS | Core Values Statement | Code of Conduct | Conflict of Interest Policy

IAVI is a global not-for-profit organization working to speed the search for a vaccine to prevent HIV infection and AIDS. Founded in 1996 and operational in 23 countries, IAVI and its network of partners research and develop vaccine candidates. IAVI also advocates for a vaccine to be a global priority and works to assure that a future vaccine will be accessible to all who need it.

### Research and development

IAVI's scientific program researches and develops vaccine candidates by directing and financing partnerships with more than 30 private companies and academic and government agencies worldwide. IAVI manages a portfolio of R&D projects, prioritizing vaccine concepts and candidates given the latest science.

IAVI partnerships have developed five vaccine candidates from the concept stage to human clinical trials, and are now developing other candidates for trials. IAVI has partnerships in 12 countries to conduct trials, and a core laboratory oversees the vaccine testing procedures at each site so that the results on different candidates can be compared.

IAVI is researching new concepts for the design of a vaccine. An IAVI consortium is working to design candidates that elicit broadly neutralizing antibodies, which are believed to be a critical part of a highly effective vaccine, and one of the field's most difficult challenges.

In financial terms, IAVI operates the second largest AIDS vaccine research and development program. To date, IAVI has invested more than US$100 million in vaccine R&D.

### Partnering with developing countries

IAVI works with scientists in Africa and Asia to study how a vaccine can be effective in populations where most new HIV infections are occurring, and where different subtypes of the virus are circulating. IAVI is also studying how a vaccine can be designed so that it is inexpensive to manufacture and easy to administer.

In Africa and India, IAVI has helped establish capacity for small-scale vaccine trials by building clinics and laboratories and training staff. IAVI is beginning to prepare for possible large-scale trials in these regions.

IAVI's scientific partners agree that if an effective AIDS

**Facts & Quotes**
32,000 people in the United Kingdom are living with HIV/AIDS.
2003 UNAIDS estimates

**Related Items**
01 Dec 05
Irish Government Renews Support For AIDS Vaccine Research And Global Campaign Against HIV/AIDS

30 Nov 05
UK Renews Support For AIDS Vaccine Research And Global Fight Against HIV/AIDS

11 Apr 05
Q&A: Funding an AIDS Vaccine Through Innovative Financing Mechanisms

02 Mar 05
Fact Sheet: IAVI

Get the latest news and updates from IAVI.

vaccine is developed with IAVI support, it will be made affordable for developing countries.

### Advocacy and education

IAVI's advocacy program promotes awareness among political and scientific leaders, community groups and others worldwide about the urgent need for a vaccine. In partnership with other organizations, IAVI advocates for public policies to help accelerate vaccine research and development, as well as to speed the approval, manufacture and use of a future vaccine.

In areas where vaccine trials are taking place, IAVI works to educate community members about the research process, and Community Advisory Boards provide input into the setup and conduct of IAVI-sponsored trials.

The IAVI Report newsletter tracks the latest news in the vaccine field, as does IAVI's website, **www.iavi.org**, which includes a database of all AIDS vaccine trials and estimates of global expenditures on vaccine R&D. IAVI's Scientific Blueprint series provides comprehensive updates on progress and challenges in the vaccine field.

### IAVI's donors

IAVI's major financial supporters include the Bill & Melinda Gates Foundation; the Rockefeller, Starr and Sloan foundations; the World Bank; BD (Becton, Dickinson & Co.); the European Union; and the governments of Canada, Denmark, Ireland, the Netherlands, Norway, Sweden, the United Kingdom and the United States.

**Code of Conduct**
Publication Date: 07 Nov 05
Updated: 07 Nov 05

HOME > About IAVI
Copyright © 2005 International AIDS Vaccine Initiative | **Privacy Policy** | info@iavi.org

GMT: 2:33:35 PM | New York: 9:33 AM | California: 6:33 AM | Amsterdam: 3:33 PM | Nairobi: 5:33 PM | Delhi: 8:03 PM