UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------------x

DKT INTERNATIONAL, Inc.,                                :

                               Plaintiff,        Civil Action No.

  v.                                                                                    05-01604

UNITED STATES AGENCY FOR INTERNATIONAL
DEVELOPMENT and ANDREW S. NATSIOS, in his     :
Official Capacity as ADMINISTRATOR, U.S. AGENCY FOR
INTERNATIONAL DEVELOPMENT,                          :

                              Defendants.        :
------------------------------------------------------------------------x

**MOTION OF APNE AAP AND EIGHTEEN OTHER ORGANIZATIONS
FOR LEAVE TO FILE A MEMORANDUM OF LAW AS *AMICI CURIAE***

Apne Aap and eighteen other organizations[1] respectfully move, pursuant to LCvR 7, for leave to file as *amici curiae* the attached memorandum of law in relation to plaintiff's motion for preliminary injunction and summary judgment and defendant's motion to dismiss. *Amici curiae* are organizations, mostly led by survivors of prostitution, that provide services, including HIV/AIDS prevention services, to women, men, and children in prostitution.

*Amici* do not seek to address the constitutional arguments but rather the policy contentions that have been placed at issue in this case. *Amici* reject the notion that it is impossible to do effective HIV/AIDS-prevention work among prostituted people while

---

[1] In addition to Apne Aap, the *amici curiae* include Association IROKO, the Association of Women in Contemporary Society, BAGONG Kamalayan Collective, Bilateral Safety Corridor Coalition, Breaking Free, BUKLOD, Center for Counseling and Information on Sexual Violence (Stigamot), Girls Education and Mentoring Services (GEMS), International Union – Center for Foreign Citizens and Migrants Rights and Security, Kvinnefronten (Women's Front), Minorities and Survivors Improving Empowerment (MASIE), MiraMed Institute, Pandora, Prerana, Prostitution Research and Education, Standing Against Global Exploitation (SAGE), Shelter Movement Secretariat, and Veronica's Voice.

condemning the industry of prostitution. *Amici* believe that there are compelling reasons to require that HIV/AIDS-prevention funds be directed to organizations that conduct harm reduction efforts with an ultimate view to harm elimination, to help those at risk of HIV/AIDS infection through prostitution escape prostitution, as well as providing condoms and other measures to address the immediate health risk of HIV/AIDS that is endemic to prostitution.

Dated: December 19, 2005

>Respectfully submitted,
>
>__/s/ *Maureen F. Browne*_____
>
>Maureen F. Browne (Bar No. 441440)
>Adduci, Mastriani & Schaumberg, L.L.P.
>1200 17th Street, N.W., Fifth Floor
>Washington, DC 20036
>
>__/s/ *Dorchen Leidholdt*_____
>
>Dorchen Leidholdt
>Coalition Against Trafficking in Women
>P.O. Box 9338
>N. Amherst, MA 01059
>(212) 349-6009 ext. 252
>fax: (212) 566-0344
>dorchen@sffny.org
>
>__/s/ *Jessica Neuwirth*_____
>
>Jessica Neuwirth
>Equality Now
>250 West 57th Street, Suite 1527
>New York, NY 10107
>(212) 586-0906
>fax: (212) 586-1611
>jneuwirth@equalitynow.org
>
>*Counsel for Proposed Amici*

**CERTIFICATE OF SERVICE**

I, Maureen F. Browne, certify that on December 19, 2005, copies of this motion and the attached amicus brief were filed with the Clerk's Office of the District Court for the District of Columbia and served by U.S. first class mail on:

Julie M. Carpenter
Martina E. Vandenberg
JENNER & BLOCK
601 13th Street, N.W.
Washington, D.C. 20005

Rupa Bhattacharyya
United States Department of Justice
P.O. Box 883
20 Massachusetts Avenue, NW
Washington, DC 20530

                                                                            __/s/ *Maureen F. Browne*__
                                                                     Maureen F. Browne (Bar No. 441440)