UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------------x

DKT INTERNATIONAL, Inc.,                                    :

                                                            :

                              Plaintiff,          Civil Action No.
                                                            :

    v.                                                 05-01604
                                                            :

UNITED STATES AGENCY FOR INTERNATIONAL
DEVELOPMENT and ANDREW S. NATSIOS, in his       :
Official Capacity as ADMINISTRATOR, U.S. AGENCY FOR
INTERNATIONAL DEVELOPMENT,                       :

                              Defendants.         :
-------------------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE
## OF DORCHEN LEIDHOLDT AND JESSICA NEUWIRTH

I, Maureen F. Browne, Esq., a member in good standing of this Court (Bar No. 441440)

hereby move the Court, pursuant to LCvR 83.2(d), for the admission *pro hac vice* of

Dorchen Leidholdt and Jessica Neuwirth ("Petitioners").

        1.      Dorchen Leidholdt is a member in good standing of the State Bar of New

York (admitted 1989).  Jessica Neuwirth is a member in good standing of the State Bar of

New York (admitted 1987) and the State Bar of Massachusetts (admitted 1985).

Petitioners are both admitted to practice before the United States District Court for the

Southern District of New York.

        2.      Petitioners' contact information is as follows:

Dorchen Leidholdt
Coalition Against Trafficking in Women
P.O. Box 9338
N. Amherst, MA 01059
(212) 349-6009 ext. 252
fax: (212) 566-0344
dorchen@sffny.org


Jessica Neuwirth
Equality Now
250 West 57th Street, Suite 1527
New York, NY 10107
(212) 586-0906
fax: (212) 586-1611
jneuwirth@equalitynow.org


3.     Petitioners are not members of this court or the District of Columbia Bar.
Nor have they ever applied for membership or requested appearance before this Court
before.  They seek permission to proceed pro hac vice in this case solely for the purpose
of filing an *amicus curiae* memorandum of law on behalf of a group of organizations,
mostly led by survivors of prostitution, that provide services to women, men, and
children in prostitution.

4.     Petitioners have never been denied admission to any court.  Nor have they
ever been disciplined by any court.

5.     Petitioners are not engaged in the practice of law from an office located in
the District of Columbia.

Dated:  December 19, 2005

Respectfully submitted,

__/s/ *Maureen F. Browne, Esq.*_____

Maureen F. Browne (Bar No. 441440)
Adduci, Mastriani & Schaumberg, L.L.P

1200 17th Street, N.W.
Fifth Floor
Washington, DC  20036

**CERTIFICATE OF SERVICE**

I, Maureen F. Browne, certify that today, December 19, 2005, a copy of this *pro hac vice*

motion was filed with the Clerk's Office of the District Court for the District of Columbia

and served by U.S. first class mail on:

Julie M. Carpenter
Martina E. Vandenberg
JENNER & BLOCK
601 13th Street, N.W.
Washington, D.C. 20005

Rupa Bhattacharyya
United States Department of Justice
P.O. Box 883
20 Massachusetts Avenue, NW
Washington, DC 20530

            __/s/ *Maureen F. Browne*_____
            Maureen F. Browne (Bar No. 441440)