UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------------------x

DKT INTERNATIONAL, Inc.,                             :

                                         Plaintiff,        Civil Action No.
                                                        :
  v.                                                              05-01604
                                                        :

UNITED STATES AGENCY FOR INTERNATIONAL
DEVELOPMENT and ANDREW S. NATSIOS, in his   :
Official Capacity as ADMINISTRATOR, U.S. AGENCY FOR
INTERNATIONAL DEVELOPMENT,                           :

                                      Defendants.        :
-----------------------------------------------------------------------------x

**DECLARATION OF DORCHEN LEIDHOLDT
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE
OF DORCHEN LEIDHOLDT AND JESSICA NEUWIRTH**

     I, Dorchen Leidholdt, make this declaration pursuant to LCvR 83.2(d) in support of the motion by Maureen F. Browne for my admission *pro hac vice* to this Court:

     1.    I am a member in good standing of the State Bar of New York (admitted 1989).  I am admitted to practice before the United States District Court in both the Southern and Eastern Districts of New York.

     2.    I have never been denied admission to any court.  I have never been disciplined by any court, nor are disciplinary proceedings pending against me in any court.

     3.    I am not a member of this court or the District of Columbia Bar.  Nor have I previously applied for membership or requested appearance before this Court.  I am not engaged in the practice of law from an office located in the District of Columbia.

Dated: December 19, 2005

          Respectfully submitted,

          __/s/ *Dorchen Leidholdt*_____

          Dorchen Leidholdt
          Coalition Against Trafficking in Women
          P.O. Box 9338
          N. Amherst, MA 01059
          (212) 349-6009 ext. 252
          fax: (212) 566-0344
          dorchen@sffny.org