UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------------------x

DKT INTERNATIONAL, Inc.,                                  :

                                          Plaintiff,           Civil Action No.
                                                 :
  v.                                                               05-01604
                                                 :

UNITED STATES AGENCY FOR INTERNATIONAL
DEVELOPMENT and ANDREW S. NATSIOS, in his      :
Official Capacity as ADMINISTRATOR, U.S. AGENCY FOR
INTERNATIONAL DEVELOPMENT,                      :

                                      Defendants.          :
-----------------------------------------------------------------------------x

**DECLARATION OF JESSICA NEUWIRTH
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE
OF DORCHEN LEIDHOLDT AND JESSICA NEUWIRTH**

I, Jessica Neuwirth, make this declaration pursuant to LCvR 83.2(d) in support of the motion by Maureen F. Browne for my admission *pro hac vice* to this Court:

1. I am a member in good standing of the State Bar of New York (admitted 1987) and the State Bar of Massachusetts (admitted 1985). I am admitted to practice before the United States District Court for the Southern District of New York.

2. I have never been denied admission to any court. I have never been disciplined by any court, nor are disciplinary proceedings pending against me in any court.

3. I am not a member of this court or the District of Columbia Bar. Nor have I previously applied for membership or requested appearance before this Court. I am not engaged in the practice of law from an office located in the District of Columbia.

Dated: December 19, 2005

        Respectfully submitted,

        __/s/ *Jessica Neuwirth*_____

        Jessica Neuwirth
        Equality Now
        250 West 57th Street, Suite 1527
        New York, NY 10107
        (212) 586-0906
        fax: (212) 586-1611
        jneuwirth@equalitynow.org