IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01604 (EGS) |
| ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT, ) | |
| *et al*. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S OPPOSITION TO MOTION OF APNE AAP AND EIGHTEEN OTHER
ORGANIZATIONS FOR LEAVE TO FILE A
MEMORANDUM OF LAW AS *AMICI CURIAE***

Plaintiff respectfully submits this opposition to the Motion of Apne Aap and Eighteen Other Organizations for Leave to File a Memorandum of Law as *Amici Curiae*. Plaintiff objects to the filing of this brief for two reasons. First, although these *amici* filed a nearly identical version of this brief on December 9, 2005 in the case pending in the Southern District of New York, they did not file it in this case until December 19, 2005, the day before oral argument. Moreover, since *amici* did not seek plaintiff's consent to file the brief, or otherwise notify plaintiff about the brief, and since they served it by mail, plaintiff was unaware that the motion seeking leave to file the brief had been made until early January. Thus, plaintiff was unaware that the motion had been filed when the Court held argument on December 20, 2005.[1] Second, since *amici* concede that they "do not address the constitutional arguments" (*Amici*'s Mem. of

---

[1] And plaintiffs were not notified of the filing by the Court's electronic filing system until January 3, 2006.

Law at 2), and state that they focus only on the "policy contentions," the brief can provide little of value to this Court.

However, if the Court should accept this amicus brief, it does little more than demonstrate that (1) the best methods to address the intersection of HIV/AIDS and prostitution are the subject of strong debate that should be encouraged, not suppressed by the U.S. government, and (2) the policy is so vague as to allow people to argue that it means almost anything. *Compare Amici*'s Mem. of Law at 10 (describing what Apne Aap presumably believes to be allowable actions, under the USAID policy, of providing "sexual awareness programs, as well as literacy classes" to prostitutes) *with* Declaration of Dr. Carol Jenkins at 6-8 (describing cancellations of literacy program for sex workers in Cambodia and elsewhere for fear it would be construed as promoting prostitution). Moreover, *Amici*'s entire opposition to plaintiff's action is predicated on their own questionable assumptions about how the statute *might* be interpreted, such as the notion that although Congress used different language in Sections 7631(e) and (f), it really meant the same thing, as well as their wish that the statute be applied to permit supporting the decriminalization of prostitution and, in particular, the Swedish laws regarding prostitution as an "effective way to oppose prostitution," *Amici*'s Mem. of Law at 11-13, a reading of the statute that USAID has never endorsed.

Plaintiff respectfully requests that this Court deny the Motion for Leave to File a Memorandum of Law as *Amici Curiae*.

Date: January 9, 2005

Respectfully submitted,

DKT INTERNATIONAL, INC.

By: _____
One of Plaintiff's Attorneys

Julie M. Carpenter
   D.C. Bar No. 418768
Martina E. Vandenberg
   D.C. Bar No. 476685
JENNER & BLOCK LLP
601 13th Street, N.W.
Washington, DC 20005
(202) 639-6000

<u>OF COUNSEL</u>
David S. Udell*
Rebekah Diller*
Laura K. Abel*
Brennan Center for Justice at NYU School of Law
161 Avenue of the Americas
12th Floor
New York, NY 10013
(212) 998-6730

* Not admitted in the District of Columbia

## CERTIFICATE OF SERVICE

The undersigned certifies that on this, the 9th day of January 2006, a true and correct copy of the foregoing documents, PLAINTIFF'S OPPOSITION TO MOTION OF APNE AAP AND EIGHTEEN OTHER ORGANIZATIONS FOR LEAVE TO FILE A MEMORANDUM OF LAW AS *AMICI CURIAE*, were delivered via U.S. mail to:

Rupa Bhattacharyya
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, DC 20001

Maureen Browne
Aduci, Mastriana & Schaumberg LLP
1200 17th Street, NW
Washington, DC 20036

                                                                                          Martina E. Vandenberg