**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                 )
DKT INTERNATIONAL, INC.          )
                                 )
              Plaintiff,         )
                                 )
                                 )   Civ. No. 05-1604 (EGS)
        v.                       )
                                 )
UNITED STATES AGENCY FOR         )
INTERNATIONAL DEVELOPMENT,       )
et al.,                          )
              Defendants.        )
_____ )
```

**ORDER**

For the reasons discussed in the Memorandum Opinion issued May 18, 2006, it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's Motion for Summary Judgment is **DENIED**; and it is

**FURTHER ORDERED** that 22 U.S.C. § 7631(f) of the United States Leadership Against HIV/AIDS, Tuberculosis, and Malaria Act of 2003 ("Leadership Act") is unconstitutional in violation of the First Amendment as applied to DKT to the extent that it requires DKT to have a policy explicitly opposing prostitution and sex trafficking; and it is

**FURTHER ORDERED** that the Acquisition and Assistance Policy Directive 05-04 ("AAPD 05-04") is unconstitutional in violation

of the First Amendment as applied to DKT to the extent that it requires DKT to certify that it has an institutional policy explicitly opposing prostitution and sex trafficking; and it is

**FURTHER ORDERED** that defendants are permanently **ENJOINED** from enforcing 22 U.S.C. § 7631(f) and AAPD 05-04, to the extent that it requires DKT to certify that it has an institutional policy explicitly opposing prostitution and sex trafficking, against DKT; and it is

**FURTHER ORDERED** that United States Agency for International Development ("USAID") is directed to inform Family Health International ("FHI") that DKT is not required to certify that it has an institutional policy explicitly opposing prostitution and sex trafficking, pursuant to AAPD 05-04, in order to be eligible for USAID funding; and it is

**FURTHER ORDERED** that defendants' Unopposed Motion for Clarification and Amendment of Order Entered May 18, 2006, is **GRANTED** and the Court's Order dated May 18, 2006, is **VACATED** as superceded by this Order.

**SO ORDERED.**


**SIGNED:    EMMET G. SULLIVAN**
            **UNITED STATES DISTRICT JUDGE**
            **MAY 26, 2006**