IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DKT, INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01604 *EGS* |
| ) | |
| UNITED STATES AGENCY FOR ) | |
| INTERNATIONAL DEVELOPMENT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

The United States Agency for International Development ("USAID") and USAID Administrator Randall L. Tobias, in his official capacity,[1] hereby appeal to the Court of Appeals for the District of Columbia Circuit from the Order entered in this case on May 26, 2006, and its supporting Memorandum Opinion, entered May 18, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH L. WAINSTEIN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), USAID Administrator Randall L. Tobias is automatically substituted for former Administrator Andrew S. Natsios with respect to the claims made against the Administrator in his official capacity.

RECEIVED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

/s/ RBhattacharyya
_____
RUPA BHATTACHARYYA (VA #38877)
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave, N.W.
Washington, D.C.  20044
Tel:  (202) 514-3146
Fax:  (202) 616-8202
Email:  rupa.bhattacharyya@usdoj.gov

Dated: July 24, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006, the foregoing Notice of Appeal to the United States District Court for the District of Columbia was served upon the following counsel of record by facsimile and/or first-class U.S. mail, postage prepaid, addressed as follows:

**Julie M. Carpenter**
**Martina E. Vandenberg**
JENNER & BLOCK
601 13th Street, N.W., 12th Floor
Washington, DC 20005
Fax: 202-639-6066

**Maureen Frances Browne**
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 17th Street, NW
Washington, DC 20036-3006
Fax: (202) 466-2006

**Caroline Montrose Brown**
**Karin Lynn Kizer**
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2494
Fax: (202) 778-5219

**Lenora M. Lapidus**
**Claudia Flores**
**Emily Martin**
ACLU WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

**Christine I. Magdo**
COVINGTON & BURLING
1330 Avenue of the Americas
New York, NY 10019

_____
RUPA BHATTACHARYYA (VA #38877)
Senior Trial Counsel, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave, N.W.
Washington, D.C. 20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov