# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5225**                                    **September Term, 2006**

DKT INTERNATIONAL, INC.,
                    APPELLEE

v.

UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT AND
RANDALL L. TOBIAS, ADMINISTRATOR, UNITED STATES AGENCY FOR INTERNATIONAL
DEVELOPMENT, IN HIS OFFICIAL CAPACITY,
                    APPELLANTS

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
>
> FILED   FEB 2 7 2007
>
> CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01604)

> FILED
>
> JUN   1 2007
>
> NANCY MAYER WHITTINGTON, CLERK
> U.S. DISTRICT COURT

Before: HENDERSON, RANDOLPH and KAVANAUGH, *Circuit Judges*.

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed, in accordance with the opinion of the court filed herein this date.

#### Per Curiam

> MANDATE
> Pursuant to the provisions of Fed. R. App. Pro. 41(a)
>
> ISSUED:
> BY:
> ATTACHED: ___ Amending Order
>                    ___ Opinion
>                    ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: February 27, 2007

Opinion for the court filed by Circuit Judge Randolph.   A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk